NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                             Criminal Number  1:06-CR-00018-RBW

**LARRY M. BRUNI**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

*/s/ Michael L. Fayad*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Michael L. Fayad, D.C. Bar ID# 91694
(Attorney & Bar ID Number)

Greenberg Traurig
(Firm Name)

800 Connecticut Avenue, NW, Suite 500
(Street Address)

Washington, DC  20006
(City)          (State)          (Zip)

202-533-2327
(Telephone Number)