AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
MAR 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF Columbia

UNITED STATES OF AMERICA
V.

Larry M. Bruni

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-0018 (RBW)

I, Larry M. Bruni, the above named defendant, who is accused of

Health Care Fraud, 18 U.S.C. §1347

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Feb 24, 2006 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____