U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

FILED

MAR 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA　　:

　　v.　　　　　　　　　　　　:

Larry M. Bruni　　　　　　　:　Case No. 06-0018 (RBW)

　　　　　　　　　　　　　　　:

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___6th___ day of ___March, 2006___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on ___March 6, 2006___ by ___HHS-OIG Special Agent Tracy McFadden___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ___MPD 1st District, 415 4th St SW Washington, DC___ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　Judge (U.S. Magistrate)

DEFENSE COUNSEL

DOJ USA-16-1-80