# ATTACHMENT A

 FORENSIC EXAMINATION REPORT

U. S. Department of Health & Human Services
Office of Inspector General
Atlanta Federal Center
Room 5T18
Atlanta, GA 30303-8909

Case No. 3-03-00427-9 (Br. Bruni)
Computer Evidence Examination
Requested August 1, 2005
Interim Report

October 4, 2005

SA T. McFadden
Office of Investigations
One Massachusetts Ave
Suite 4800
Washington, DC 20001

| | |
|---|---|
| **EXAMINATION REQUESTED:** | It was requested that the following Item listed below be examined for any business related data. |
| | Item I-001a is an evidence bag containing one seized Seagate hard drive model ST3184062W, sn: 3FE1N85N. |
| **RESULTS OF EXAMINATION:** | Item I-001a is a broken hard drive. The hard drive controller board has five missing integrated circuit chips and one torn circuit trace. All attempts to image the hard drive by TLSI and myself were unsuccessful. As per the attached TLSI report, this damage was caused by someone deliberately trying to destroy the drive and/or the data on the drive. |
| **REMARKS:** | If court testimony is required, the undersigned should be contacted at least three weeks prior to trial to enable suitable preparation and avoid possible conflict with other anticipated commitments. |

ITEMS:          Item I-001a was received for examination on August 1, 2005 via
                hand carry.

                The TLSI report and Items I-001a and I-003 were returned to the
                office of SA T. McFadden via FEDEX "7901-7542-1800" on
                October 04, 2005.


Dane Ritcheson
Forensic Computer Specialist

| Case: **8500132** | **Examiner: Eddie Wiechman** | Page 1 |
|---|---|---|

## Investigating Agency:

**Investigating Agency:**

**TLSI, Inc**
**123 North Belt Line Rd.**
**Grand Prairie, TX 75050**
**USA**

| **Main** | **972-263-0707** |
|---|---|
| **Fax** | **972-262-0111** |
| **Toll Free** | **800-465-8574** |
| **Web Site** | **www.tlsi.net** |

**Contact:**

**John E. Wiechman II (Eddie Wiechman)**

## Client:

**Firm: US Department of Health & Human Services**

**Office of Investigation**
**61 Forsyth Street, S.W.**
**Room 5T18**
**Atlanta, GA 30303**

| **Main** | **404-562-7634** |
|---|---|
| **Fax** | **404-562-7656** |

**Contact:**

**Dane Ritcheson**

## Job Control Number (JCN):

**JCN: 8500132**

| Case: 8500132 | Examiner: Eddie Wiechman | Page 2 |
|---|---|---|

## Details:

**Details**

The disk drive was delivered to TLSI, Inc. on August 8, 2005.

| Items received | Quantity | Make\Model: | Serial # |
|---|---|---|---|
| Hard Drive | 1 | Seagate ST318406LW | 3FE1N85N |

TLSI, Inc. Disk Drive Analysis Report

| Case: 8500132 | Examiner: Eddie Wiechman | Page 3 |

Photos:

 

Description:

The photo on the left is the PCB from the Seagate ST318406LW Serial# 3FE1N85N.  The photo on the right is from a good Seagate ST318406LW

      1A.  Missing IC.
      1B.  Missing IC.  The pinkish color on the PCB is left over ceramics from the IC component that was broken off.
      1C.  Missing IC.
      1D.  Missing IC.
      1E.  Missing IC.  Part of the IC is still attached to a section of the solder pad.  When this IC was removed it tore part of the solder pad from the PCB and tore the electrical trace (see 1F) it was attached to.
      1F.  Torn circuit trace.