UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. <u>06-0018 (RBW)</u> |
| | : | |
| v. | : | |
| | : | |
| LARRY M. BRUNI, | : | |
| Defendant. | : | |

## ORDER

Upon consideration of Defendant Bruni's Motion for Continuance of Sentencing And Extension Of Time To Submit Memorandum In Aid of Sentencing And Incorporated Points And Authorities;

It is this _____ day of May, 2006,

**ORDERED** that the Motion be and hereby is granted; and

**FURTHER ORDERED** that the sentencing be continued to _____ day of _____, 2006; and

**FURTHER ORDERED** that Defendant's Memorandum In Aid Of Sentencing be submitted at least 5 days before the scheduled sentencing date.

_____
JUDGE, Reggie B. Walton

1