**FILED**

**MAY 2 3 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :  Criminal No. **06-0018 (RBW)**
                         :
v.                       :
                         :
LARRY M. BRUNI,          :
        Defendant.       :

## ORDER

Upon consideration of Defendant Bruni's Motion for Continuance of Sentencing And Extension Of Time To Submit Memorandum In Aid of Sentencing And Incorporated Points And Authorities;

It is this 22nd day of May, 2006,

**ORDERED** that the Motion be and hereby is granted; and

**FURTHER ORDERED** that the sentencing be continued to 7th day of July, 2006; and @ 9:30 am

**FURTHER ORDERED** that Defendant's Memorandum In Aid Of Sentencing be submitted at least 5 days before the scheduled sentencing date.

JUDGE, Reggie B. Walton

1