**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No. <u>06-0018 (RBW)</u>** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **LARRY M. BRUNI,** | **:** | |
| **Defendant.** | **:** | |

## NOTICE REGARDING EXHIBIT ATTACHMENT

Exhibit A, which is an attachment to Defendant's Memorandum in Aid of

Sentencing, will be submitted under seal to the Court on Wednesday, July 5, 2006.

<u>s/Michael L. Fayad</u>
Michael L. Fayad
District of Columbia Bar No. 91694
Greenberg Traurig, LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA  22102
Telephone No. 703.749.1300

Date: July 3, 2006