# Exhibit B - Part 1

# The Washington Times

## METROPOLITAN
STARTS ON PAGE 5B

# CAPITAL LIFE

**B** SECTION

# Doctors and AIDS
## THE EMOTIONAL PRESSURES ON THE PROFESSION



Dr. Richard DiGioia

"With AIDS, you just have to accept that ultimately, probably, we are not going to solve the problem."

Photo by Cathaleen Curtiss/The Washington Times

Dr. Jack Killen

"People who are dying have a lot to teach about life."

Photo by Glen Stubbe/The Washington Times

**By Cathryn Donohoe**
THE WASHINGTON TIMES

By the Q Street entrance to the Dupont Circle Metro Station, just over the cookie shop, the electronic billboard proclaims its messages in lights that dance: Jazz! Antiques!

Every five minutes by the clock that ticks above them, the lights regroup to spell the latest deadly news.

... D.C. Public Health reports ... 1,147 reported cases of AIDS in the metro area ... 673 deaths ...

Washington is the nation's sixth-largest pool of the murdering virus that cracks open the human cells that fight disease, then scrambles their genetic code to replicate its own.

Here an estimated 50,000 people now carry HIV, the human im-

munodeficiency virus. Most are homosexual or bisexual men or intravenous-drug users, but they are women and children, too. Of those infected, 900 to 1,500 will develop full-blown AIDS in the next two years.

They will gasp for breath, or wonder at the purple splotches on their skin or at the headaches that won't leave — all signs of the rare infections their co-opted immune systems can't resist.

They will turn up at the clinics, in the hospital emergency rooms and in the offices of doctors who have nothing now to give them but comfort and a palliative drug with toxic side effects.

Eventually — perhaps wasted, incontinent and hallucinating — all will die. There is only one exit from AIDS.

"I see all of them just falling through my fingers," says Dr. Larry

Bruni of his patients, most of whom have AIDS or fear it.

"I should have more to offer. There's not enough to offer them. What can I tell them? I tell these patients, 'We'll try to keep you well and alive for two years, and by that time I hope there'll be something that's more definitive.' It's so frustrating."

He is tall, gangling, just a year and a half out of residency in internal medicine, and at 35 still young enough to hope. And AIDS, in its medical and social complexity, is engulfing his life.

"One friend said to me, 'That's all you talk about any more, is dying.' And that's not what I'm talking about. It's living."

Larry Bruni, M.D., is among the handful of physicians who fight what one calls the "trench warfare" against AIDS in Washington.

As the epidemic spreads, few doc-

tors will escape AIDS patients. But like Dr. Bruni, those now on the front line — the internists, with their subspecialties in oncology and pulmonary and infectious diseases — find AIDS exhausting their physical and emotional resources.

They are battle-fatigued, not least because they're losing. AIDS defeats the physician in his essence: the ability to control disease, possibly even to heal.

"So much of what we're trained to do is to succeed, to solve the problem," says Dr. Richard DiGioia, a member of the D.C. Medical Society's task force on AIDS. "With AIDS, you just have to accept that ultimately, probably, we are not going to solve the problem."

For cancer specialists like Dr. Jack Killen, medical director of the Whitman-Walker Clinic, a gay peo-

see AIDS, page 2B

LMB00354

# The Washington Times

Case 1:06-cv-00018-RBW   Document 16-3   Filed 07/03/2006   Page 3 of 21

# SUZY
## On Wednesday

NEW YORK

'Day, Linda Kozlowski, the girl in "Crocodile Dundee," is going to be the girl again in "Crocodile Dundee II." Linda, who just finished the flick about evangelists, "Pass the Ammunition," begins filming in Australia the first week in July. G'night.

Caramba, arriba, and heavy on the salsa! The Americas Society Spring Party at Tavern on the Green, a very gala gala, raised $375,000, money which will be used to further the cultural programs of the society, a national, non-profit institution devoted to educating Americans about our Western Hemisphere neighbors.

Mr. and Mrs. David Rockefeller, champions of the society, were the co-chairmen of the evening, and that more or less set the tone, you see. I mean, almost everybody there was worthwhile.

The benefit co-chairmen were Gaetana (Mrs. Thomas) Enders and Amalia Lacroze de Fortabat, the Argentine billionairess who does so much for Latin America and has friends all over the world. Tito Puente and his orchestra were loud, Latino and sassy enough to suit everybody on the crowded dance floor. Some like it caliente.

This is who was there: Annette Reed in shell pink, Beatrix and Julio Mario Santo Domingo, Cecile and Ezra Zilkha, Pat Patterson, Carroll and Milton Petrie, Oscar de la Renta, Kika and Jaime de Pinies, Carmen and Felix de Pinies, C.Z. Guest, the Alexander Guests, Gstling Andrea Portago, Emilia and Pepe Fanjul, Randy Hearst and his fiancee, Veronica Uribe, Mexican banker Manuel Espinosa-Yglesias, U.N. Secretary-General and Mrs. Perez de Cuellar, the Howard Phippses, Nancy Kissinger, Carter Brown, Count Luis de Romanones, Chief of Protocol Selwa "Lucky" Roosevelt and Archibald Roosevelt, Argentine Ambassadors Carlos Muniz and Marcelo Delpech and Mrs. Delpech, Luis Primoli, Marife Hernandez and Alan Alpern, Lee Thaw, Inmaculada and John Dobkin, Gloria Gurney, Manuel Sassot, Kathleen Hearst, Marina and Francesco Galesi, Countess Titi Wachtmeister, the Hari Theodoracopoloses, Count Vega del Ren, Dolores Smithies, Ambassador Herbert Okun, Mary McFadden, Alfred Taubman, Ambassador Anne Cox Chambers, Ambassador and Mrs. Barkuzullo del Rosario, the Thomas Armstrongs, Nina Griscom with Dr. Daniel Baker and others too Western Hemisphere to mention.

They're toasting lovely Helen Bransford this evening at a champagne buffet at the Hard Rock Cafe hosted by Hard Rock owner Isaac Tigrett, P.J. O'Rourke and model Nina Griscom of the social swim. The party is to celebrate Helen's new jewelry collection of unique gold and silver pieces based on natural shapes. You can see Helen modeling her wares in this month's Esquire. And you can buy her collection at Barney's, where they're said to be snapping it up.

# AIDS
*From page 1B*

ple's health center, acceptance seems easier. When he chose oncology, Dr. Killen says, he knew he was choosing to face dying patients.

The impact of failure may fall most heavily on those least used to being thwarted, like Dr. DiGioia. Now 40, he went into infectious diseases 10 years ago, when germs danced to medicine's tune.

"The feeling of power you had was immense," Dr. DiGioia says. He would go into a case like "a white knight, a savior," whip out his antibiotics and snatch a patient from the jaws of death.

Now he's "almost powerless," his feeling of holding sway over the world of microorganisms "just shattered," he says.

"Those of us who went into infectious diseases before AIDS appeared, we've sort of been put in our place," he says. "The gods are zapping back at us. We had too much hubris, too much pride."

Dr. DiGioia saw his first case of diagnosed AIDS four years ago. Since then he has treated 150 afflicted patients. About 40 percent of them have died.

The burnout potential — what Dr. Killen calls a combination of difficult work and "a sense that you're not making any difference" — is high. Even the greatest physician knows it: The medical journals write it up.

Will the strain turn medical students away from AIDS practice or even from internal medicine?

No data suggest it, yet some doctors worry the question as if it were already fact. They see a portent in reports that 25 percent of staff physicians at two New York hospitals would refuse to treat AIDS patients if given a choice.

And Dr. Jeffrey Akman, a psychiatrist at George Washington University Medical Center who coaches hospital staff in AIDS patients' care, says medical students in Washington have told him they will not train at hospitals thick with AIDS cases.

Such concerns have not stopped Dr. Michael Conde, a first-year intern at George Washington, which takes in most of the area's AIDS sufferers. With 200 cases behind him from his medical-school years in New York City and a bent toward research, he calls AIDS "fascinating" from a purely scientific point of view.

Yet Dr. Conde foresees "really getting swamped" in the next four to five years. The stress on the hospital system, he thinks, may force physicians to ration their AIDS care, aggressively treating only those most treatable — triage.

Even now, he says, his AIDS workload taxes his time and ingenuity. Its victims are among the sickest patients in the hospital, afflicted in every organ and body process. If they come through the emergency room, he says, just to admit them means exhaustive tests to isolate their problem.

For private physicians, without large staffs to back them up, the load is even heavier. Dr. Bruni works two weekends a month and feels bad when he takes time off. He learned long ago that his life was "on call," he says, but now "something will have to give." Dr. DiGioia finds himself edged out of his personal life and his reading time; he will hire another physician this month.

That isn't even the hardest part.

"The hardest part of this job for me is unveiling the illness," Dr. Bruni says. "It's like a death sentence."

Most infected patients come to him both suspecting and denying the truth, he says; he must confirm their anxieties and break through their disbelief. Others insist they are doomed; no amount of talk can convince them otherwise.

He has devised a stratagem to help him break the news. Even before he examines his patients, he asks whether they have thought about HIV testing. That question, if posed afterward, could freeze them in fear.

He watches their attitudes. Sometimes, he says, he gets a signal that hint: "This isn't the moment to tell me. I don't want to know right now."

Thirty percent of those infected develop full-blown AIDS within five years. A certain other number fall every year after that.

On diagnosis, Dr. Bruni says, the family comes — sometimes ignorant of how AIDS works, often anxious, always in need of emotional relief. Practiced as he is, he finds himself wanting: He worries that he's not kind enough, not patient enough. He worries that he's helpless to offer anything but comfort.

Dr. DiGioia says his counseling of family and lovers and friends, his talks with patients and the endless questions of life and death leave him "mentally exhausted" at the end of a day.

"All you can hope for is that by resting in the evening and getting a good night's sleep, by the next morning you're going to feel fresh enough to do it again," Dr. DiGioia says.

Always, there is the emotional risk of being sucked into a patient's dying. Dr. Killen, 37, has faced it since he began his career.

"One of the writers of literature on death and dying talks about 'falling into the heart of another person,' " Dr. Killen says.

"And that happens sometimes. In spite of everything in you that says, 'Be there for the person but don't let yourself get emotionally attached,' you get emotionally attached. It's a juggling act that — sometimes you don't keep everything juggled."

The death becomes a singular distress. Dr. Bruni's patients are "battling up until the last," he says. Parents and friends implore, " 'No, no, save him! There's got to be something you can do!' "

The end just confirms the futility of effort and, especially for young and middle-aged physicians, intimates their own mortality. Most AIDS victims are in their 30s.

"The people who are affected by this are our own age. They're not older people," says the intern, Dr. Conde. He is 29.

"If an 88-year-old patient dies, you say, 'Well, you did your best but there comes a time when we all have to die.' But I think we all feel guilty at having a 27-year-old patient die. For the most part you can't help them, and you find yourself relating to them in a very personal way."

For homosexual doctors the death is more personal and more fearsome. They share not only their patients' age, but a sense of vulnerability. Dr. DiGioia, who is gay, says that if he had not been in an exclusive partnership for the past 10 years, he might have been a victim.

"That could have been me," he says. "That's part of what makes it so frightening."

The fright is no less among straight physicians, if for different reasons. Nine years ago, long before AIDS burdened the doctor-patient relationship, one survey of heterosexual doctors found a third of them uneasy about treating homosexual patients.

With AIDS factored in, the stress can reach breaking point. Last week's third International Conference on AIDS heard a report that at San Francisco General Hospital, 84 percent of the male staff physicians — but only 48 percent of the females

Their work put them at risk for AIDS. Thirty percent of the men, but only 4 percent of the women, said they had nightmares about the disease.

Across the country, more than 66 percent of AIDS victims are homosexual; in the District that number jumps to over 83 percent. At George Washington, too, most of the AIDS patients are homosexuals rather than IV-drug users. And the senior staff has found itself trying to change a common mind-set.

According to Dr. Bruno Friedman, chief resident in medicine at the hospital, one of the most basic threats to sensitive care of AIDS patients is the view that, in effect, the victims brought it on themselves.

"You know, it is a sexually transmitted disease," Dr. Friedman says, "and some people have difficulty dealing with that issue. Just like you deal with an alcoholic — you know, he picks up that disease because he does a lot of drinking. People sometimes have an attitude about that. And you've got to kind of temper that attitude."

Dr. Akman, the psychiatrist, runs a staff-training program at George Washington that is sponsored by the National Institute of Mental Health. He says interns and residents at the hospital will show their stress by spending less time with AIDS patients than with others.

"It's just very common to have a dying AIDS patient, and the house staff runs in and out of the room because they're so uncomfortable," Dr. Akman says.

Even among nurses, he says, fear of contagion runs high — and highest in those who know least about the disease and feel most uncomfortable with homosexuals.

It's common, he says, to hear a nurse report that her husband has asked her to burn her working clothes.

Once nurses begin treating AIDS patients and learn the routine of infection and the precautions they need, Dr. Akman says, anxiety drops.

Dr. DiGioia does not hide his unease about the work he does. "You always worry a little bit," he says.

Like him, doctors and nurses on the job risk getting AIDS from infected blood and contaminated needles. A set of explicit precautions from the CDC in Atlanta put health professionals on notice in 1982: Some circumstances would demand gloves, goggles, masks or gowns or all of those.

The CDC reported in late May that three hospital workers, unprotected where it counted, had been infected by splashed blood. It took physicians by surprise: After five or six years of care for thousands of AIDS patients, until late May only six persons were known to have been infected on the job, most of them through accidental sticks with bloody needles.

The staff at George Washington became "definitely more uptight," Dr. Friedman says. For the first time, Dr. Conde put on gloves to draw blood. Dr. Akman, instead of just discussing the CDC's case reports in training sessions, began handing out copies.

Dr. DiGioia, in his office, draws a lot of blood. He puts Band-Aids over cuts on his hands but does not wear gloves — not just to preserve his sense of touch but out of deference to his patients' feelings.

"A soldier in a war," he calls himself, and makes compassionate care a point of honor.

Yet he worries. He gets tested periodically for HIV infection and recommends it to any physician whose work with AIDS disquiets him.

"You can know what medical facts say, but when you deal with it day in and day out, even though you know you haven't been exposed by what you do at work, somehow just the weight of it gets so tremendous," he says. "Sometimes you just do it to make yourself feel better."

In January, the weight of it pressed Dr. Bruni to set up a small support group of doctors and nurses. After two meetings the group fell apart because of schedule conflicts.

But doctors need relief, Dr. Bruni says. They have been trained to keep everything under control because people's lives depend on it, and they're hit hard when they confront something they have no power to command.

Not long ago a psychologist friend listened to him talk about his patients and stopped him cold.

"She said, 'Well, who's taking care of you? Who's looking out after your needs?' And it just took me so much off guard that — she took my arm and we went into a room and we sat down and talked for an hour. She thought I needed a safe place of my own just to talk to somebody."

Staff doctors have others to fall back on. Dr. Akman has built support sessions into his training project at George Washington. At Whitman-Walker, Dr. Killen says, the staff meets once a week to confide in one another.

And Dr. Killen, after years of treating cancer, has found an even richer source of support — the victims.

"People who are dying have a lot to teach about life," he says. "They understand how precious it is in a way that most of us forget.

"If we took a moment to realize on the fact that we are no more likely to survive the day than they are — when you keep that thought very clearly in your mind, that you're not going to be here forever, it puts life in a very different light. It makes the preciousness of life special.

"There's a lot you can learn from them about being honest and open, and cutting through the appearances and things that we tend to put around our lives.

"Because they don't have time. And they know they don't have time."...

On Q Street, just a few days before, the billboard lights above the cookie shop regroup to spell the latest news.

...D.C. Public Health reports ... 1,161 reported cases of AIDS in the metro area ... 677 deaths ...

The lights dance. The clock ticks.



Photo by Cameron Curtis/The Washington Times

Dr. Richard DiGioia says his counseling of AIDS patients and their supporters leaves him "mentally exhausted."

# AIDS statistics

According to the federal Centers for Disease Control, 66 percent of the AIDS cases are homosexual or bisexual men, 17 percent are intravenous drug users, 8 percent are homosexual or bisexual men who also are intravenous drug users, 2 percent are those who received transfusions of infected blood, 1 percent are hemophiliacs, 1 percent are infants born to infected mothers, and 4 percent are heterosexuals, many from Haiti or east Africa, who have had intimate contact with someone with AIDS or in the groups most at risk of contracting AIDS. The five remaining are those whose risk factors could not be identified.

LMB00355

 ProQuest®

Databases selected:  ProQuest Newspapers

# The Washington Post

## Costly Drug Brings Hope to AIDS Patients; [FINAL Edition]

*Sandra G. Boodman*. **The Washington Post (pre-1997 Fulltext)**. Washington, D.C.: Jul 20, 1987. pg. b.01

| | |
|---|---|
| Author(s): | Sandra G. Boodman |
| Section: | *METRO* |
| Publication title: | The Washington Post (pre-1997 Fulltext). Washington, D.C.: Jul 20, 1987.  pg. b.01 |
| Source type: | Newspaper |
| ISSN/ISBN: | 01908286 |
| ProQuest document ID: | 73834889 |
| Text Word Count | 1930 |
| Document URL: | http://proquest.umi.com/pqdweb?did=73834889&sid=2&Fmt=3&clientId=45714&RQT=309&VName=PQD |

**Abstract** (Document Summary)

"AZT is no magic bullet," said Dr. Samuel Broder, director of clinical oncology for the National Cancer Institute, in whose laboratory the first work on AZT as an anti-AIDS drug was performed. "It is not a cure, and not everyone benefits from it, but without any doubt there is a subset of patients for whom AZT improves the quality of life and prolongs survival."

His physician, Dr. Larry Bruni, said it is too early to assess the impact of AZT on [James Jackson]. "What frequently happens is that we get people on AZT too late" for the drug to be most effective, Bruni said. About 80 of the patients in Bruni's practice have taken AZT, eight of whom had to stop taking it because of side effects that generally show up within six weeks.

In some cases AZT can be reverse neurological damage that leaves some AIDS patients crippled or demented. "I had one patient with severe dementia who had what can only be called a miraculous recovery," said Bruni. "Before AZT this guy was a couch potato. He couldn't walk without holding onto a wall, he talked very slowly, and he was incontinent . . . . Within three weeks after starting AZT he was back to almost full activity. I don't think he'd be alive today without it."

**Full Text** (1930   words)

*Copyright The Washington Post Company Jul 20, 1987*

Six months ago 31-year-old Lyle Good thought his life was over. Doctors had diagnosed his excruciating chest pain as pneumocystis pneumonia, an infection characteristic of AIDS. He was steadily losing weight and felt so weak that he was forced to quit his job as a waiter at a glitzy Georgetown restaurant.

LMB00025

Today Good looks healthy and feels better than he has in months. He has gained 30 pounds and has enough energy to take regular modern dance classes. Although he has endured a few new infections, they have been relatively mild and none has required hospitalization. He attributes his dramatic improvement to AZT, azidothymidine, the only federally approved drug for treating acquired immune deficiency syndrome.

James Jackson, 24, has taken AZT since late April, but the drug has done little to ease the incessant cough that is sometimes so wracking that it makes him vomit. Most important to Jackson, it has not helped him regain the 52 pounds he has lost in the past year or improved his T-cell count, which measures white blood cells that fight infection.

"I do have more energy, and I'm hoping I'll gain weight," said Jackson, who is 6 feet 2 and weighs 140 pounds. Because he is so thin, Jackson is self-conscious and rarely leaves the house he shares with four AIDS patients, operated by Washington's Whitman-Walker Clinic, an organization that provides services to AIDS patients.

"AZT is no magic bullet," said Dr. Samuel Broder, director of clinical oncology for the National Cancer Institute, in whose laboratory the first work on AZT as an anti-AIDS drug was performed. "It is not a cure, and not everyone benefits from it, but without any doubt there is a subset of patients for whom AZT improves the quality of life and prolongs survival."

The value of AZT is not merely clinical. The drug offers the first real glimmer of hope for those who have the fatal disease that has struck more than 38,000 Americans since 1981. Before AZT, AIDS was largely untreatable.

"The disease AIDS is never going to be the same again," Broder said. "Within two years we've gone from {a sense of hopelessness} to being able to buy AZT at Dart Drug."

Good has taken AZT since February. "I think it's a wonder drug," he said. "It's sustaining me and I'm able to get on with my life. I feel very fortunate."

Good is lucky for several reasons: He meets the eligibility criteria for AZT established by the drug's manufacturer; he qualifies for Medicaid, which is paying most of the approximately $10,000 annual cost, and, so far, he has experienced few side effects from the small white capsules, which must be taken every four hours around the clock.

Although the supply of AZT has expanded since its release last year, its high cost, as much as $1,000 per month, is a problem for many patients, especially those who lack health insurance or whose policies do not cover prescription drugs. Social workers who deal with AIDS patients say many are faced with the grim prospect of a terminal illness and poverty because they must "spend down" their assets to $1,800 in order to be able to qualify for Medicaid.

"Even people who have policies that cover 80 percent of the cost of prescription drugs find it difficult to pay for," said Rusty Lynn, a social worker for Whitman-Walker. "They have to come up with $150 to $200 per month out of their own pockets."

Federal officials, concerned by the high cost of AZT, have accelerated the development of a competing drug called cyano-thymidine that, according to specifications, must be marketed "at a reasonable price."

LMB00026

Kathy S. Bartlett, a spokeswoman for Burroughs Wellcome Co., the North Carolina pharmaceutical firm that produces AZT, says the high cost is partly a result of the money Burroughs spent on research and development.

"This is a very expensive and very difficult drug to make," she said. Bartlett said Burroughs charges wholesale distributors $188 for one hundred 100-milligram capsules, about a month's supply of the drug. That is not the wholesale price, she said, and the cost of AZT varies among pharmacies and cities.

Federal officials moved unusually quickly in releasing AZT last year, after clinical trials showed that the drug improved patients' chances of survival and moderated their symptoms. Some doctors and AIDS groups greeted the promising early results with skepticism, fearing that AZT might be the latest in a string of experimental drugs such as HPA-23-which the late actor Rock Hudson flew to Paris to obtain-that would later prove worthless or worse: as deadly as the disease.

According to a Burroughs official, about 10,000 of the 16,000 living AIDS patients have taken AZT, which does not cure AIDS but stops the virus from reproducing.

Although some patients have had bad reactions, the most serious of which is anemia severe enough to require transfusions, some physicians say they have been pleasantly surprised by the ability of many patients to tolerate the drug. The chief question is whether AZT, which is marketed under the trade name Retrovir, will prove toxic if taken long-term.

For AIDS patients and the doctors who treat them, the immediate gains outweigh uncertainty about possible consequences. Some physicians say they were initially apprehensive after results from experimental trials showed that one-third of the patients had severe side effects and many required transfusions.

Dr. Richard DiGioia, a District internist with a large AIDS practice, said that 40 of his patients are currently taking AZT. Another 10 had to discontinue the drug because of nausea or fatigue or because they experienced a drop in their red or white blood cell counts.

"AZT has enabled us to be more aggressive in the good sense," said DiGioia. "I'm more inclined to recommend that people take the HIV test {which reveals exposure to AIDS} and have their T-cells checked {white blood cells that fight infection}. A lot of people used to say, `I don't want to get checked unless you can offer me something.' Now there is something to offer."

For some patients, the value of AZT may be transitory or questionable. Some doctors say they believe that those who benefit most are healthier to begin with and have not had recurring infections that have irreparably damaged their immune systems.

Jackson, who has been taking AZT since late April when his pneumocystis was diagnosed, spends most days resting in his bedroom or on the plaid living room sofa that faces a large color TV. He said he had been sick for eight months before doctors diagnosed his illness as AIDS.

His physician, Dr. Larry Bruni, said it is too early to assess the impact of AZT on Jackson. "What frequently happens is that we get people on AZT too late" for the drug to be most effective, Bruni said. About 80 of the patients in Bruni's practice have taken AZT, eight of whom had to stop taking it because of side effects that generally show up within six weeks.

LMB00027

In some cases AZT can be reverse neurological damage that leaves some AIDS patients crippled or demented. "I had one patient with severe dementia who had what can only be called a miraculous recovery," said Bruni. "Before AZT this guy was a couch potato. He couldn't walk without holding onto a wall, he talked very slowly, and he was incontinent . . . . Within three weeks after starting AZT he was back to almost full activity. I don't think he'd be alive today without it."

Broder said that some of the first patients to take AZT at the National Institutes of Health are still alive after two years, even though the average survival after the first bout of pneumocystis is 40 weeks.

According to Burroughs officials, AZT is not yet available routinely, as are other prescription drugs, because it is difficult to produce and is made from herring sperm, which is in short supply. Bartlett said that the firm will phase out the present distribution system when supplies permit. For now the drug is only available to those who have had pneumocystis or whose T-cell count drops below 200.

Among those who do not meet the criteria are Robert, a 29-year-old former secretary for a prominent Washington law firm. He has AIDS Related Complex and has had neurological damage, including dementia. Robert, who requested that his last name be omitted, said he increasingly feels confused and forgetful. He walks with a cane and takes potent prescribed narcotics to dull the pain in his legs and arms. In the past month, he feels, his condition has deteriorated. Because his T-cell count exceeds 200 and he has not had pneumocystis, he cannot get AZT.

"I understand the reasons behind the eligibility requirements, but I may die before I ever get this drug," said Robert. He tried a home remedy for AL-721, a substance made from lethicin and butter, but it made him nauseous. In desperation he recently sent $500 to a post office box in New Jersey in the hope of obtaining DDC, dideoxycytidine, an unapproved experimental drug that has shown some promise.

"What I did is very dangerous, and I may have just spent $500 for powdered sugar or D-Con {an insecticide}, but this has made me desperate," said Robert. "But I would rather die than become a senile 29-year-old. I have to do something."

In some cases the problem is not medical but financial. Some insurance companies do not cover prescription drugs, while others reimburse for 80 percent of cost.

"Some people have had to leave their jobs when they were feeling the best in order to qualify for Medicaid," said Bob Cecchi, the ombudsman for Gay Men's Health Crisis, a New York City AIDS service group.

AZT is not covered under the Medicaid programs of half a dozen states. Although Medicaid benefits administered by the District, Maryland and Virginia include AZT, cash payments to recipients are below the federal poverty level. In Virginia and Maryland, Medicaid payments are $340 per month, while District residents receive $355.

Lyle Good knows what it feels like to be sick and broke. When he left his job as a waiter in January after he was hospitalized, he exhausted his savings and fell behind on the rent on his Adams-Morgan apartment. In April he moved into a house operated by Whitman-Walker.

Good, who said he earned about $20,000 a year as a waiter, receives $355 per month from

Medicaid and $49 in food stamps. The clinic charges residents one quarter of their income in rent, which, for Good, is about $90 a month.

Good said he is faithful about taking his AZT and swallows one pill at midnight when he goes to bed and sets his alarm for 4 a.m. Getting up in the middle of the night has disrupted his sleep pattern, so he sometimes has insomnia. The only other side effects he has experienced were headaches that he thinks "were more from worrying about whether my body was going to accept AZT."

Taking AZT has improved his outlook as well as his health. He attends a support group for people with AIDS, tries to get enough sleep, eats well and exercises regularly.

"I've accepted my illness," he said, "but I'm also proud of my accomplishments."

For AIDS patients and their doctors, the reprieve AZT offers is one of its major attributes.

"I think a very important part of the treatment of AIDS patients is to give them a sense of hope," said Bruni. "I've seen a lot of patients who didn't have anything to rescue them."

**[Illustration]**
PHOTO-MUG CAPTION:Lyle Good

Copyright © 2005 ProQuest Information and Learning Company. All rights reserved. Terms and Conditions

Text-only interface
Library of Congress





LMB00029

TBAB00034

## Fighting Off Death With Doses of Hope

TWOMEY, From D1

Connecticut, because he doesn't like the place, but there it was. It was a vision of success, countryside and normalcy.

"I hold onto that image," he said...

You've got to hold onto something with this kind of practice.

All told, his office has 1,500 patients, he said. Not all are homosexual. And about 300 have nothing more than everyday problems. But the rest have tested HIV-positive, which means each will get AIDS.

They all have two options.

They can curl up and wait. Or they can try every delaying drug and treatment there is, trying to live as long and as well as possible on the chance that some new drug will pop up and they'll live longer still, which might mean they'll be around when the day comes that someone says they've done it and AIDS is history.

Bruni dispenses option two:

"We'll try our hardest to keep you alive until the next new thing."

They're used to such pessimism coming from health-care professionals, from friends, from relatives," he said of his patients.

"How can people live like that? You have to have hope. I don't know how I keep it ... In an area where other doctors say it is hopeless, forget it...

they're dying like flies, I look for little ways to make a difference."

A victory is adding four months to a life with drugs.

"When you have only 12 months to live, four months is a lot."

In other words, Bruni is still doing what doctors do, easing the pain and extending mortality. Sure, death hovers over his patients with more certitude than most. But he noted the obvious: We're all departing some day, and try finding a doctor who can stop that.

...he said it helps that he is homosexual, because he hurts for the gay "family." So, while the medical community can get ensnarled in rules and procedures for fighting AIDS, he'll try almost anything, he said, even if it hasn't gone the official rounds yet.

After all, his patients are doomed anyway. Roll the dice.

It is, by the way, HIV-negative. That helps him loan out optimism to his patients, he said.

Bruni told a popular story. It's that one about a boy who gets a huge pile of horse manure for Christmas. A neighbor stops by and finds the boy digging through the pile furiously, gleefully. The boy's father explains that his son is an optimist and that is certain that at the bottom of that pile of horse manure, there is a pony.

That's why Bruni comes to work each day.

"The world is bleak...

---

The Washington Post

MONDAY, FEBRUARY 10, 1992

### STEVE TWOMEY

# Terminal Optimism in the Face of Death

"You expected me to be depressed?

Well, yes. Who wouldn't be, Doc, with your kind of caseload?

People became doctors to make other people well. Larry M. Bruni, MD, can't do that with most who come to see him. He can soften their pain, but if success is measured by how many he actually cures, the guy's a loser.

Each year, he loses 20 or 30. He and two colleagues have roughly 1,200 more patients who, save for a miracle, will join the already-dead within a few years, no matter what the trio does.

"I've seen so many of my patients die," Bruni said between appointments on Friday afternoon, sitting in a conference room overlooking Pennsylvania Avenue SE at Eighth Street, his office site. "Some of them die as sniveling cowards, and some of them are incredibly courageous and I admire them."

Either way, AIDS gets them.

So you can see why a visitor might be amazed that Larry Bruni, MD, isn't a basket case. He has blue periods, he said. He doesn't go to the funerals because "I can't afford to do it, psychically." But he shows up every day to fight the medical fight. He even can laugh and chatter as he sits there dressed in jeans during a break.

"How was the last patient?"

"He's got very few T-cells."

"You're supposed to have a lot."

When he got out of medical school 10 years ago, Bruni, now 40, knew his career would be different, because he is openly gay. He assumed that most of his clients would be too because straight folks wouldn't feel comfortable seeing a gay doctor. But he also assumed that the illnesses of homosexuals would be pretty much like those of straight patients.

Sick was sick and healing was healing and AIDS was just the faintest of evils then.

"We were coming from an era where the gay subculture was just a constant party," he said. "I'd take care of some gonorrhea and syphilis," but nothing special.

He had this very doctor-ish dream back then.

He imagined buying a red Porsche and driving to Connecticut on weekends after spending this week making people well. He never figured out why

See TWOMEY, D3, Col. 3

# PRACTICE

*Sharing HIV patient management experience*

Volume 3
Number 1

July 1995



"As with any other disease, when we gain a greater understanding of the pathogenesis of HIV, we become much better treaters."

*Michael Saag, MD*

At every stage of HIV infection, PCR & bDNA can be used to evaluate and facilitate treatment decisions.

*Larry Bruni, MD*

People with HIV infection seem to have higher rates of adverse reactions to almost every drug compared with people who are immunocompetent.

*Rebecca Coleman, PharmD*

LMB00278

# PRACTICE **TO** PRACTICE

*Sharing
HIV patient
management
experience*

**Volume 3
Number 1**
July 1995

**Highlights:**
Practitioners featured in this issue:

**Michael Saag, MD,** *heads the University
of Alabama, Birmingham, AIDS Outpatient
Clinic, where he is actively involved in both
clinical care and research. In this issue, he
discusses key advances in our understanding
of HIV pathogenesis and what this means for
treatment and trials.*

**Larry Bruni, MD,** *an internist and AIDS
specialist, is in private practice in Washington,
DC. He offers insight into the power of PCR
technology for measuring viral burden and
shares his experience in using this new tool
to improve HIV treatment strategy.*

**Rebecca Coleman, PharmD,** *is the chief
pharmacist for the AIDS Program at San
Francisco General Hospital. She addresses
current issues of polypharmacy in the HIV-
infected population and provides guidelines
for OTC and prescription treatments.*

CONSULTING EDITOR
Marjorie Little

COVER:
*Dr. Saag counsels a patient in his office at the
University of Alabama at Birmingham.*



LMB00279



LMB00280

# TO PRACTICE

**PRACTICE**

*Sharing HIV patient management experience*

We need to understand, as best we can, what the virus is trying to do and how it acts within an infected individual. Then, we can start thinking about therapy and begin to understand what clinical trials tell us. Looking at the results of clinical trials without thinking about the pathogenesis of the virus will lead to a lot of confusion and, I believe, many errors in judgment about how to use antiretroviral therapy. As with any other disease, when we gain greater understanding of the pathogenesis of HIV, we become much better treaters. In my view, if we look at study results in a vacuum without considering the pathogenesis, we are simply participating in an exercise of phenomenology.

Until very recently, assumptions surrounding HIV led most people to believe that viral activity was largely dormant and quiescent for a period of up to 10 years following the acute phase of HIV infection. This "ancient gospel" was supported by early research in which viral burden was measured as the amount of free virus in the plasma that could be cultured. Using this technique to quantify viral load, Drs. George Shaw and Beatrice Hahn, also of UAB, and I confirmed findings that viral burden tended to increase with advancing infection. Our initial studies with plasma viremia also showed that patients with lower viral burden were generally people who had earlier disease, but also included people infected for many years who were on antiviral therapy. So, the notion that antiviral therapy led to lower viral burden was apparent to us, at least anecdotally, by the late 1980s. When we focused on acute seroconverters, we showed that viral burden was incredibly high during seroconversion, but decreased to nonculturable levels within weeks—from 10,000 virions per millimeter to negative cultures within 3 to 4 weeks.

## The refinement of polymerase chain reaction (PCR) technology in 1993 to allow for the conversion of HIV RNA to DNA and its amplification was a landmark event in advancing our understanding of pathogenesis.

This enabled us to start using PCR quantitatively to measure the amount of virus in plasma. Initially, we sent stored samples off to be tested, and the results showed a striking correlation between PCR values and both the clinical stage of disease and CD4 cell counts. High PCR values were also reported for patients in the acute phase of disease and in late-stage disease. But what really caught our eye was that samples from patients with early disease who were culture negative for HIV, all tested positive by PCR.

At this point, we began to wonder if we could use PCR to measure what happens to viral burden when antiviral therapy is initiated. Fortunately, we have over 142,000 frozen specimens in our Center for AIDS Research repository at UAB, including plasma, cells, serum, spinal fluid, and bone marrow from people with HIV. From the very beginning, our HIV clinic has been dedicated to patient care, counseling, case management, and research. We have over 100 basic scientists at UAB working on AIDS-related problems. We encourage every patient we see to sign an informed request and to allow us to draw blood periodically. Our clinical specimen repository contains prospectively acquired samples on all patients we treat as well as all patients in trials. We also maintain a computerized clinical database that allows us to track patients, identify targeted patient populations, and locate the appropriate freezers, racks, and slots where their samples are stored.

## Using our database and repository, we selectively picked samples from patients prior to therapy, during therapy, and posttherapy. Using PCR, we got back incredible data showing that viral burden dropped about 70% when therapy began.

Even if you start with zidovudine as a monotherapy, which we know is not going to cure HIV, you see a drop in viral burden of 70% within a week. That means that viral turnover has to be rapid, very rapid. This was our first hint that something was happening that we weren't aware of. As we did more trials, we started paying greater attention to this profound drop in viral burden. With the addition of protease inhibitors, we

LMB00281

saw even more profound decreases, 100- to 500-fold, in a matter of 1 week. When you see a response this dramatic and start thinking about it physiologically, things become quite apparent.

HIV can be produced in two ways. A cell is infected, proviral DNA is established in its nucleus, and the infection remains latent until the cell is stimulated, at which time the cell produces viruses like a little factory from the proviral DNA. The other option is that a cell becomes infected and then relatively quickly starts putting out new viruses. If you give zidovudine in the first scenario, it will not affect the proviral DNA's ability to produce HIV. Zidovudine's mechanism of action is inhibition of reverse transcriptase, which has clearly already occurred in cells with HIV provirus. If you accept this, you would expect that zidovudine would cause viral burden to drift down slowly over time. But that's not what we see. What we see is a rapid drop in viral burden, indicating that roughly 98% of the virus that we see in plasma has been produced in the last couple of days from cells that weren't infected 4 or 5 days ago.

## The first thing we have to remember is that all the drugs we are using, be they zidovudine, didanosine, dideoxycytidine, nevirapine, or even the protease inhibitors, can only prevent infection of new cells. They have no effect on cells already infected.

Using relatively more potent anti-HIV drugs such as protease inhibitors and nevirapine, we were able to create a model of plasma virus elimination similar to the model you would use to do a pharmacokinetic analysis of drug elimination. When we applied a pharmacokinetic-like analysis to our model, we found a striking result—viral turnover in the plasma was occurring at a half-life of 2 days. This means that 30% of the virus that we measure in the plasma today was produced in the last 24 hours and, similarly, 30% of the virus present yesterday was eliminated or cleared as a steady state.

## Viral turnover is enormous. When you calculate it, roughly 100 million to 1 billion new virions are produced in steady state daily in the body. And an equal amount are being cleared.

If that much virus is being produced every day, and the majority of virus is being produced from cells that just recently became infected in the last couple of days, where are these cells coming from? If the body is not producing new cells to replace the ones being knocked off by the virus, an HIV-infected individual should have precipitous drops in CD4 cell counts right after initial infection and could and should die within weeks of that acute infection. But, of course, that is not what is happening. A person gets infected; there's a burst in viremia; the CD4 cell count drops, but then after the acute infection is brought under control by the immune system, the CD4 count usually zips back up, not necessarily to its original level, but certainly to a higher level than in the midst of explosive viremia.

If you look at clinical study results, you see that virtually every time there is a profound drop in viral burden, there is a reciprocal increase in CD4 cells. You see a rebound CD4 increase that is roughly proportional to the degree of suppression of viral production resulting from drug therapy. Through the use of models, Dr. David Ho and his colleagues at the NYU Center for AIDS Research found that approximately 100 million to 1 billion new CD4 cells are produced every couple of days.

## The picture that now emerges shows that the immune system is really quite effective in down-regulating viral burden after initial infection.

The immune system fights HIV very, very well for a period of years while the virus continues to fire off millions of new virions daily. It's a war of attrition, and, ultimately, in most people, the battle takes its toll on the immune system, and it loses its ability to keep pace with viral replication. At that point, CD4

LMB00282

**TO PRACTICE**

PRACTICE

*Sharing
HIV patient
management
experience*

numbers start to dwindle, eventually making people susceptible to opportunistic infections and death.

## This new view of HIV pathogenesis will have a dramatic impact on clinical trials and treatment.

It's an enormous shot in the arm to drug development, because with PCR testing, we will be able to tell within 2 weeks whether an antiviral drug has any activity, as opposed to waiting months or years. Once a drug has been shown to be safe, to have some reasonable antiretroviral activity, and we have identified the relative drug-drug interactions, it can be released and used in mix-and-match therapies much like those used today for hypertension. On the other hand, if a drug shows no impact on viral burden within 2 weeks, you know you have a problem. Recognizing this early in the research process can save tremendous amounts of resources.

Now, the most important scientific concern we have as researchers today is to prove that low viral burden correlates with clinical outcome. If we can verify this, it will revolutionize how we treat patients with HIV. Using PCR assays to measure viral burden, we will be able to specifically tailor regimens to individuals based upon the virus they have, their response to antiviral therapy, and their host response. As a rule of thumb, I would generally recommend measuring viral burden as often as we currently measure CD4 cell counts: every 3 to 6 months in someone with relatively asymptomatic disease. It makes no sense to keep treating someone with an agent that has lost its punch, or to continue following someone blindly just because a clinical trial result tells you to. We need to be treating people as individuals, not as members of an HIV-infected population.

## I think we will have many more treatment options in the future. Therefore, I favor intervention as early as possible based on the pathophysiologic understanding of HIV.

I describe the new theory of pathogenesis as best I can to my patients and tell them that, theoretically, we should do everything we can to keep their viral burden as low as possible for as long as possible. I tell early-stage patients that, even though they feel well and their CD4 counts are high, a battle is still going on in their body, and they may want to consider using antiviral therapy. The potential advantage is that the therapy can help their immune system suppress the viral burden, which would be advantageous over the long run, especially if it delays CD4 cell decreases. The downside of early treatment can include financial and psychological costs. When people are asymptomatic, they generally don't like taking pills every day because it reminds them that they are infected. The drugs may also cause side effects, so patients may end up feeling a little bit less well than before they started therapy. And, finally, the concept of treating early really boils down to our philosophy about what we feel the future is going to hold. We know that all the drugs we now have have limited durability of effect, so that when you play your card with a certain drug, you know that over time, that drug, especially as monotherapy, is going to lose its punch.

I don't insist that any patient begin therapy. I just lay out the options, give them my opinion, and listen to what they say. If they are in agreement, then we talk about it. If not, I say, "Fine, we'll just follow your CD4 counts and continue to dialogue." We're still not sure what is the best approach to initiating treatment. I lean a little toward starting with monotherapy. If nothing else, it allows people to get used to taking pills and minimizes the likelihood of side effects. I get them started on one drug and see what response we get. If they appear to be getting a whiz-bang effect, I might just continue the monotherapy for a while. If the response is not as good as I'd like, I add a second drug.

## Preliminary data suggest that people in the acute phase of HIV infection may benefit from immediate treatment with antiviral agents.

LMB00283



*Dr. Saag addressing colleagues at a staff meeting.*

Many of us have been afraid to use antiviral therapy during the acute syndrome because we did not know if antiviral drugs would interfere with the normal immune response, which is quite effective in down-regulating HIV in the earliest stage. Some data coming out of Switzerland, however, shows merit, at least in terms of protecting CD4 cell counts. Under the hypothesis that we want to suppress viral burden as much as we can early on, I would suggest considering antiviral therapy for people identified in the acute phase. Treating at this point is investigational, so I'd have to get IRB approval, but I would probably suggest starting with combination therapy, using whatever regimen I felt was the most potent. Some study protocols treat patients diagnosed in the acute phase for 6 months and then stop. This doesn't make a lot of sense to me in light of what we're seeing with continual viral replication in all stages. Although it's investigational, I would start with combination therapy in this setting and continue with it.

## I think it's critical to appreciate that even patients with late-stage HIV infections are still fighting this virus with everything their immune system has left.

I think our new data on pathogenesis will provide a renaissance of thought on what to do for the patient with advanced disease. Because drug toxicity has been thought to be more pronounced in late-stage patients, many providers have been stopping antiviral therapy in these patients. I think that's physiologically a mistake if the patient can tolerate treatment. In our protease inhibitor trials, we've had patients with CD4 cells counts below 10 who have had profound decreases in viral burden and dramatic increases in CD4 counts above 200. Ultimately, within a year or so, their counts drifted back down to 30 or 40, but that's still much better than 7. Ordinarily, we would have given up on these people. So, I think this underscores that from day 1, the immune system pulls out all stops to decrease viral burden. And that even when it can no longer effectively suppress viral replication, cell turnover and cell production are still occurring.

## We have been operating under the assumption that all CD4 cells were the same, and that their absolute number was the only important factor.

All CD4 cells are not the same. There is an entire repertoire of CD4 cells that are capable of responding to different antigenic stimulation and different pathogens. I think as CD4 cell counts decrease, populations within this repertoire may fall below the critical mass necessary to respond to specific pathogens. The type of cells lost and their specific function can be crucial variables. This may help to explain why someone with a CD4 cell count of 5 never experiences PCP, while someone with a CD4 count of 230 does.

LMB00284

**PRACTICE TO PRACTICE**

*Sharing HIV patient management experience*

## Larry Bruni, MD:
## In evaluating a person with HIV, the markers we are most comfortable with are CD4 cell counts and percentages. However, I no longer feel they provide enough information.

*Larry Bruni, MD, is an internist in private practice in Washington, DC. Since 1988, he has treated over 1500 people with HIV, more than 95% of whom are homosexual men. In addition to his clinical practice, Dr. Bruni continues to contribute to the design and implementation of research protocols in the field of HIV.*

I still use these markers and order them immediately and reflexively, but I also want to measure viremia levels. The best tools we have for this right now are polymerase chain reaction (PCR) and branched DNA (bDNA). I don't bother with neopterin levels or ß-2 microglobulins any more.

By targeting and amplifying specific genetic material, PCR can measure the number of copies of free plasma HIV RNA per milliliter of plasma. Branched DNA technology, by comparison amplified the signal, not the substrate. With a sensitivity and specificity in excess of 95%, both PCR and bDNA technology provide the most potent markers of viremia we have ever had. At the earliest stage of infection, they can be used to identify people with acute retroviral syndrome. At every stage of HIV infection, they can be used to evaluate and facilitate treatment decisions. Using viral load technology, a combination of drugs that interrupts the production of new virions will produce a logarithmic drop in viremia within 2 to 3 days if it is working. In contrast, agents used to bolster the host immune system, such as interleukin-2, or treatments designed to inhibit syncytium formation will take longer to demonstrate significant decreases in viral load.

Although viral load scores can be as little as 200 virions per milliliter, I feel that any level below 20,000 represents a low viral burden; 20,000 to 200,000 would be moderate, and any level over that, I feel is high. The highest level I've personally seen was about 900,000. If a count goes from 10,000 to 12,000, that's not a really significant change, but if the increase is logarithmic like 10,000 to 100,000, you've got to pay attention. **CD4 cell counts tell you something about what happened the month before, while viral load lets you know not only what is happening right now, but what's to come.**

A significant increase in viral load will usually preface a severe drop in CD4 counts by as much as a month. Overall, however, in the course of HIV infection, there is a fairly strong correlation between CD4 cell counts and viral load, particularly as the CD4 cells counts become very low. If there is a discrepancy between the CD4 cell count and viremia level measured by PCR or bDNA, I am usually much more influenced by the viral load results. If CD4 cell counts go way up or way down from one test to the next, the golden rule is to repeat it, because it may be a mistake. This is not true of viral loads. If you get a high viral load in a patient with previously low scores, you can be fairly certain it's a bad sign. In contrast, it's not that unusual to see patients drop 200 to 300 CD4 cells between routine blood tests. In these situations, I'm usually thinking, "Oh my God, how did this happen?" Then, I talk to them and find out they just came back from 2 weeks in the sun in Cancun, flew for 14 hours, and returned to find that their dog died while they were on vacation. Often, there is a stress-related explanation for a sudden, precipitous drop in CD4 cells. The immune system response, which is what we are measuring with CD4 cell counts, is affected by every stress in life, making it inherently erroneous. In contrast, viral load is not influenced in this manner.



*Dr. Bruni reviewing literature with pharmacist Michael Czop*

LMB00285



*The HIV RNA (bDNA) assay of a patient, showing response to antiviral therapy and subsequent development of resistance.*

*Reprinted with permission from Chiron Diagnostics.*



*PCR RNA test data from an actual case history.*

*Reprinted with permission from Roche Biomedical Laboratory, Center for Molecular Biology and Pathology.*

**Although standardized HIV PCR and bDNA test kits are expected to be available in the near future, viral load testing is already available to physicians.**

Both the Corning Nichols Institute on the West Coast, for bDNA testing, (1-800-553-5445) and Roche Biomedical on the East Coast, for PCR RNA testing, (1-800-872-5727) will pick up samples nationwide for testing and report results in 7 to 10 days. Both these companies offer standardized testing in the sense that all their HIV viral load testing is done in one center by the same personnel under the same laboratory conditions. For people with CD4 counts over 300, I usually use the Roche test because their PCR technology is somewhat better at detecting very low levels of viremia. Either test costs approximately $200. However, an increasing number of insurance companies will reimburse for PCR testing in patients with HIV, and the laboratories will provide information on correct and effective billing codes.

**I always try to get a baseline viral load test done on a new patient.**

If the result is in the low thousands, anything below 20,000, I probably wouldn't repeat it for 3 months just to limit the expense. I know that in the antiviral-naive patient, combination therapy with zidovudine and dideoxycytidine will do a fairly good job of controlling HIV at a low level of viremia. If the viral load test comes back the first time with a score of 200,000 virions per milliliter, then I'm worried, even if the patient has a CD4 cell count of 300. If the viral load is high and the patient's count is hovering at about 200 CD4 cells, I want to be very aggressive with treatment. At 200 CD4 cell counts, people with HIV are balancing on a cliff; if they fall much below that level, we hardly ever recover them. In these patients, I may try a new regimen every month and measure viremia every month to try to get control of the virus.

**I think it makes most sense to use antivirals like nucleoside analogues early in HIV infection because they stop the productive infection of cells.**

Zidovudine, didanosine, dideoxycytidine, and stavudine don't do anything about chronically infected cells, the viral reservoir, but they can help prevent infection of new cells. I believe this can provide a boost early in the disease. If an HIV-positive person comes into my office with an 800 CD4 cell count, I will encourage that person to begin antiviral therapy. But I don't insist or burn any bridges. I tell my patients that everything is negotiable, and they should take time to consider my recommendations before they decide what they want to do. I think I get really good reporting from my patients because I don't get angry or jump up and down if they tell me they are not taking their drugs. I try to find out why. If it's due to side effects, we can usually negotiate our way around that by lowering the dosage, adding something to remedy the side effects, or trying a new combination.

I used to start patients with early HIV infection on zidovudine monotherapy and leave them on it. As soon as didanosine became available, I began rotating between zidovudine and didanosine. In the last 3 years, I've been using combination regimens extensively. I usually start with zidovudine plus dideoxycytidine or didanosine and then may go to stavudine and dideoxycytidine. If patients agree to it, I like to change therapy as often as every month. So far, I am not seeing any repeat of novel therapy onset symptoms. I think tolerance persists even in short cycles. With the addition of lamivudine (3TC) and protease inhibitors, we will have additional combinations to cycle through. Ideally, we will have at least five nucleoside analogues and four or five protease inhibitors and can use a different combination every

*(continued on back page)*

*Practice to Practice • July 1995*

**PRACTICE TO PRACTICE**

*Sharing HIV patient management experience*

## Rebecca Coleman, PharmD:
Polypharmacy is the term we use to describe the need to use multiple therapeutic agents for the treatment of a disease.

*Rebecca Coleman, PharmD, is Associate Professor of Clinical Pharmacy at the University of California School of Pharmacy, San Francisco. Dr. Coleman serves as both clinical and research pharmacist to the AIDS Program at San Francisco General Hospital, which has a patient population greater than 3000.*

Until very recently, we dealt primarily with drug interactions resulting from overlapping toxicities in the HIV population. We must now consider interactions based on alterations of metabolism, primarily metabolism by the liver. The greater number of drugs now used, the wide availability of triazole antifungal agents, and the increasing use of rifabutin have added greatly to the potential for drug interactions.

In addition, as the HIV-infected population matures, we will be treating more chronic diseases along with HIV. We don't have a lot of experience in the use of existing drugs for diabetes, chronic heart problems, or osteoporosis in combination with HIV therapies.

**People with HIV infection seem to have higher rates of adverse reactions to almost every drug compared with people who are immunocompetent.** We've observed these higher rates of adverse reactions time and time again, beginning with TPM/SMX used at high doses to treat PCP. In a study at our hospital, we tracked adverse events in the HIV patient population and found a correlation between stage of disease and number of these events. As the patients' disease progressed, both drug sensitivities and toxic events occurred more frequently. This correlation held even when we controlled the number of drugs taken.

**Drug interactions frequently cause changes that are pharmacodynamic, often described as a drug's effect on the body, or pharmacokinetic, commonly defined as the body's effect on the drug.** For example, the lowering of blood pressure through use of an antihypertensive agent is a pharmacodynamic effect. The impairment of drug absorption, a common pharmacokinetic reaction, is exemplified when didanosine, which requires an alkaline environment, is taken with a cola beverage. Because of this, we categorically do not recommend taking any agent within 2 hours before or after a dose of didanosine. This includes over-the-counter (OTC)

agents, such as aspirin, antacids, and antidiarrheals. There does not, however, seem to be any problem in combining OTC medications with the other available antivirals, zidovudine, zalcitabine, or stavudine. Zidovudine, zalcitabine, and stavudine are usually reliably absorbed regardless of what else is administered with them. I'm not aware of any reports of problems resulting from the use of OTC agents with these antiretroviral drugs, nor do OTC agents appear to significantly affect dose levels of PCP prophylactic agents, anti-TB drugs, ganciclovir, or foscarnet. Concerns that acetaminophen can cause increased toxicity of zidovudine have not been validated in clinical use.

**In contrast, providers should be concerned about what OTC agents their patients are taking if antibiotic therapy is indicated.** Antacids and vitamin/mineral supplements, particularly those containing iron or zinc salts, can cause antibiotics to bind or chelate, making them less effective. Antibiotics affected by these agents include all the tetracyclines and the fluoroquinolones, such as ciprofloxacin, and we recommend that they be separated by 2 hours if patients require both.

**A lot of our HIV patients are much more labile in terms of bone marrow than your average patient walking around on the street.** For people with HIV and CMV, ganciclovir therapy puts them at a significantly greater risk of bone marrow suppression. It's important to consider what other drugs the patient is on that might further suppress this activity, including zidovudine and sometimes TMP/SMX. During induction therapy with ganciclovir, we check the patient's white count at least twice a week. If the absolute neutrophil count falls below 500, we start G-CSF therapy. Community providers are often less willing to let counts drop that low, and might choose 1000 or 750 as their cutoff. In general, our patients respond very well to G-CSF.

San Francisco General Hospital was one of the sites involved in the early testing of oral ganciclovir. The studies were done in a population representing people who would actually be good candidates for oral maintenance therapy. So, I don't think we'll see differences in toxicity, absorption, or efficacy between the results from the studies and actual clinical

LMB00287

practice. Studies showed that the side effect profile of oral ganciclovir is not too different from the IV formulation in regard to neutropenia. Gastrointestinal intolerance may be slightly more problematic, however, with the oral drug. This is most likely associated with the large dose required for oral maintenance therapy (3 grams/day). In selecting oral gancyclovir for maintenance, you would have to think twice about the patient with pre-existing GI intolerance to other agents or with compromised GI absorption. There are many unanswered questions as to who will benefit most from the oral formulation. Current studies are investigating the use of oral ganciclovir as primary prophylaxis against CMV in people with CD4 cell counts under 100.

**With foscarnet, the primary toxicity is renal. So, we're always trying to avoid combining it with other drugs that affect renal function.** In our HIV-infected population, this most often means avoiding amphotericin B, pentamidine, NSAIDs, and diuretics. There are times, however, when we are forced to use two or more of these drugs in the same patient. These patients must be monitored very carefully and may need dose adjustments to minimize toxicities. If necessary, we may have to discontinue one of the drugs, deciding

which is the most necessary for the patient's specific situation. Serum creatinine is our primary marker for renal function. If you see any bump from baseline over 0.5 that cannot be attributed to some other intervening factor, such as hydration status, I would stop one of the drugs, increase hydration, or reduce doses of the suspect agents, depending on the clinical situation. During foscarnet induction, we routinely check creatinine levels three times a week. If the patient is at particularly high risk for renal dysfunction, however, we may check creatinine levels daily.

**Because polypharmacy remains the standard of care for the treatment of *Mycobacterium avium* complex (MAC), drug tolerance can be a critical issue.** We most often initiate therapy using ethambutol and a macrolide antibiotic, usually clarithromycin. Of the drugs we currently have, these are the best tolerated and most efficacious agents. If people can't tolerate clarithromycin because of GI disturbance, we try to substitute azithromycin. Then, depending upon efficacy, we may add an additional agent. We end up treating many of our patients, however, with just ethambutol and clarithromycin. When you add rifabutin, you open up a Pandora's box of potential interactions and additional GI toxicity.

Although systemic CMV or MAC are rarely seen in patients with CD4 cell counts above 75, many patients with HIV are at risk for chronic sinus infections at much earlier stages of the disease. The nonsedating antihistamines are a useful therapy for chronic sinus infections.

Unfortunately, they have come under fire recently because of adverse effects reported for astemizole and terfenadine when combined with ketoconazole. Apparently, ketoconazole increases serum levels of the antihistamines, increasing the potential for serious cardiac toxicity. Patients should be cautioned not to exceed their recommended doses of antihistamine nor to combine them with itraconazole or ketoconazole. We can substitute a sedating antihistamine, but many active patients find it intolerable. Sometimes we can get by using a decongestant in combination with a mucolytic agent. The macrolide antibiotics also have the



*Dr. Coleman (far right) discusses a patient's case with clinical nurse Hopkins Stanley and senior physician's assistant Walter Howard in an examination room.*

*(continued on back page)*

**Dr. Bruni**
*continued from page 9*

month up to 6 months and then cycle through them again. Although we know that resistance develops rapidly to protease inhibitors, we don't know if we can cycle them and get benefit the second or third time around. Viral load testing will help us understand this and provide a very potent tool for designing therapeutic protocols.

I also like to put my patients on maintenance doses of acyclovir (800 mg/tid) regardless of their CD4 cell counts. Most people agree that in the HIV-positive population, Epstein-Barr virus is a primary cause of corporeal lymphomas, which occur in 10% to 20% of people with HIV nationwide. I feel acyclovir can impact EBV and, since I've begun prescribing it routinely, I have seen only three lymphomas in my patients.

**I tell patients that a revolution in HIV care is now going on, and even the media isn't aware of it yet.** We can now measure how much virus is being produced. We have a new model of disease in which the immune system is in a pitched battle with the virus from beginning to end. We have new tools like the antiviral 3TC that appears to reverse zidovudine resistance, and we're on the verge of having protease inibitors. The availability of additional new drugs will continue the revolution. We've had at least one new drug almost every year for the past 5 years. So, I feel there's a big "horizon effect" HIV treatment, which I am constantly hinting at with patients, if not directly stating. I tell them, "We may have a definitive treatment regimen for HIV within 5 years. To keep you alive and healthy enough to benefit from it, I'm going to use everything we have right now that is appropriate to make sure you maintain the best immune function possible."

**Dr. Coleman**
*continued from page 11*

potential to increase serum levels of the nonsedating antihistamines.

**San Francisco General Hospital provides an HIV Telephone Consultation Service for Health Care Professionals that can be accessed nationwide by calling 1-800-933-3413.** A group of specialists, including a pharmacist, are available to answer questions from 7:30 am to 5 pm (Pacific Time), but providers can leave messages

regarding HIV care 24 hours a day, and their calls will be returned. One of the best services provided is new information about therapy, information that may not yet be widely available in the literature. For primary care providers and family practitioners, who may not have many patients with HIV, this service can provide a key resource for keeping on top of preliminary trial results as well as drugs available for compassionate use. Often, providers call with a whole list of drugs a patient is taking to find out if there is any potential problem with the combination.

**PRACTICE TO PRACTICE**
*Sharing HIV patient management experience*

PRACTICE TO PRACTICE
c/o Health Education Technologies
488 Madison Ave.
New York, NY 10022

BULK RATE
US POSTAGE
**PAID**
RALEIGH, NC
PERMIT NO. 880

Articles are not predisclosed to Glaxo Wellcome Inc. and Glaxo Wellcome Inc. exerts no influence on the selection or content of the material published. The opinions or recommendations expressed in the articles are those of the authors and are not to be construed as the opinions or recommendations of Glaxo Wellcome Inc. or Health Education Technologies.

**Practice to Practice** is published by Health Education Technologies.

Please consult the full prescribing information before using any medication mentioned in this publication.

Correspondence
Letters related to editorial content or subscriptions should be addressed to PRACTICE TO PRACTICE, Health Education Technologies, 488 Madison Ave., New York, NY 10022. Requests for change of address or deletion must include mailing label from latest issue.

© 1995, Glaxo Wellcome Inc.

*Your complimentary subscription to this publication is provided as an educational service by Glaxo Wellcome Inc.*

LMB00289