# Certification of Lack of Record

**To Whom it May Concern:**

I certify that the Commissioner of the Internal Revenue has custody of Federal tax record(s) filed in, or accessible from, the office at the following address:

Street address

IRS/Baltimore Disclosure Office, 31 Hopkins Plaza, Rm. 1210

| City | State | ZIP code |
|------|-------|----------|
| Baltimore | MD | 21201 |

The Commissioner of Internal Revenue would have the Federal tax record(s) described below, or entry(ies) pertaining to such record(s), stored at or accessible from this address. I certify that, having made a diligent search for the described record(s), no such record(s) or entry(ies) pertaining to such record(s) was/were found.

## Description of Record(s) Sought

**Taxpayer Identification information**

| Taxpayer name | Taxpayer Identification Number (SSN, TIN, or ITIN) |
|---------------|----------------------------------------------------|
| Larry M. Bruni | XXX XX XXXX |

Street address

370 Partridge Street

| City | State | ZIP code |
|------|-------|----------|
| Albany | NY | 12208-2939 |

Description of information sought

Form 1040 (U.S. Individual Income Tax Return)

Period(s)

2001, 2002 and 2003

| Affix IRS Seal here | Under authority of Commissioner Delegation Order 11-5 (or redelegation thereunder), I certify that the foregoing is true and correct, and I have signed this certification and affixed to it the seal of office of the Internal Revenue Service. |
|---------------------|------------------------------------------------|
| | Name |
| | Joan D. McClean |
| | Title |
| | Disclosure Manager, Disclosure Office 3, Central Area |
| | Signature |
| | Date signed  5/11/06 |

Form **3050** (Rev. 3-2006)     Catalog Number 19212C     publish.no.irs.gov     Department of the Treasury-Internal Revenue Service