UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : Criminal No. 06-0018 (RBW)
:
v. :
:
LARRY M. BRUNI, :
        Defendant. :

FILED
JUL - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## REQUEST FOR LEAVE TO SUBMIT UNDER SEAL EXHIBIT TO MEMORANDUM IN AID OF SENTENCING

Defendant, Larry M. Bruni, by counsel, requests leave of the Court to file Exhibit A to Defendant's Memorandum In Aid Of Sentencing under seal, pursuant to LcrR 49.1(h)(1).

As grounds for this Request, Defendant states as follows:

1. Counsel have been engaged in a difficult process of collecting Defendant Bruni's medical records which date back to 2001. Many of the sources of the records and the attending physicians have left the Washington D.C. area. In some cases, the source and medical personnel are located in Albany, N.Y., New York, N.Y., and Dallas, TX.

2. The original plan was to file the medical records electronically with the Memorandum.

1

3. The most recent records, from Four Winds Hospital, Saratoga, arrived in counsel's office just after 2:00 PM on Monday, July 3, 2006.

4. The United States District Court for the District of Columbia Notice Regarding Privacy and Public Access to Electronic Case Files require counsel to "[e]xercise caution when filing document that contain... medical records, treatment and diagnosis..." This notice also strongly urges Counsel to share the notice "[w]ith all clients so that an informed decision about the inclusion, redaction and/or exclusion or certain materials be made."

5. Upon receipt of the Four Winds records, some of which counsel cannot understand without consulting with the attending physicians and the Defendant, and viewing the totality of the records, counsel decided, in the exercise of caution as required by the Rules, and with the permission of the Court, to file the records under seal.

6. Attached are two paper copies of the records and a PDF file containing the records on compact disk.

**WHEREFORE,** Counsel respectfully requests this Court sign the attached Order granting the Request to file medical records under seal.

Respectfully Submitted,

*[signature]*

Michael L. Fayad
District of Columbia Bar No. 91694
Greenberg Traurig, LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22102
Telephone No. 703.749.1300

3

## CERTIFICATE

I hereby certify that on this 5th day of July 2006, a true and accurate copy of the foregoing Request for Leave to Submit Under Seal Exhibit to Memorandum in Aid of Sentencing and Order were hand delivered to Virginia Cheatham, Department of Justice, 555 4th Street NW, Washington, DC 20530.

_____