UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 06-0018 (RBW) |
| v. : | |
| LARRY M. BRUNI, : | FILED |
| Defendant. : | JUL 7 2006 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### ORDER

Upon consideration of Defendant Bruni's Motion for Request for Leave to Submit Under Seal Exhibit To Memorandum In Aid Of Sentencing And Incorporated Points And Authorities;

It is this _6th_ day of July, 2006,

**ORDERED** that the Motion be and hereby is granted.

_____
JUDGE, Reggie B. Walton

1