UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. <u>06-0018 (RBW)</u> |
| | : | |
| v. | : | |
| | : | |
| LARRY M. BRUNI, | : | |
| Defendant. | : | |

## MOTION FOR CONTINUANCE OF SENTENCING

Now comes Defendant, Larry M. Bruni, by the undersigned counsel, and respectfully requests this Court to continue the sentencing date. Counsel have engaged an expert in psychiatric medicine to evaluate defendant's state of mind during the relevant period. As grounds for this Motion, Counsel states as follows:

1. Sentencing in the above captioned matter is set for September 7, 2006. Defendant has made one previous request for a continuance of the sentencing in order to undertake the many steps necessary to allow the expert in psychiatric medicine to evaluate his mental state three years ago.

2. Defendant has retained Dr. Philip Resnick, a forensic psychiatrist who practices at the University Hospitals of Cleveland in Cleveland, Ohio. Attached hereto as Exhibit 1 is Dr. Resnick's Curriculum Vitae.

3.  In order for Dr. Resnick to perform an evaluation of the Defendant's mental state during the relevant period, some three years ago, Counsel and Dr. Resnick are performing the following tasks:

   a.  Counsel are collecting medical records for the period of 2003 to the present;

   b.  Counsel are identifying and locating the treating physicians, contacting them and requesting their assistance

   c.  Counsel are attempting to arrange for at least two of the treating physicians to transcribe their medical records which cannot be read;

   d.  Dr. Resnick and Counsel are identifying lay persons who had significant contact with Dr. Bruni during the relevant period, and Counsel is contacting these individuals and requesting their assistance;

   e.  Dr. Resnick is arranging his schedule to review the material;

   f.  Counsel and Dr. Resnick are making the sometimes difficult and costly logistical arrangements for live, and in some cases telephonic, interviews. Some live interviews

may require travel long distances by Dr. Resnick or the individual.

4. While Counsel are trying to accomplish the above listed tasks as quickly and efficiently as possible, they are taking much longer than expected.

5. Counsel for Defendant will not be able to discuss this Motion with Counsel for the Government until Monday, August 28, 2006.

6. If the Court grants this Motion, and subject to the Court's calendar, Defendant proposes that sentencing be continued to November 8, 2006 or such other date as may be convenient to the Court and all counsel.

**WHEREFORE,** for the reasons set forth above, Defendant requests that this Motion be granted.

Respectfully Submitted,

s/Michael L. Fayad
Michael L. Fayad
District of Columbia Bar No. 91694 Greenberg Traurig, LLP
800 Connecticut Ave., N.W., Suite 500
Washington, DC 20006
Telephone No.: 703.749.1300