# Exhibit 1

CURRICULUM VITAE

Phillip J. Resnick, M.D.

| | |
|---|---|
| Office Address: | University Hospitals of Cleveland<br>11100 Euclid Ave.<br>Cleveland, Ohio  44106<br>(216) 844-3415<br>fax: (216) 844-1703<br>e-mail: phillip.resnick@case.edu |
| Education: | B.A. Psychology, Case Western Reserve University,<br>    Cleveland, Ohio, 1959<br>M.D. Case Western Reserve University, 1963 |
| Post-graduate<br>Training: | Internship, William Beaumont Hospital, El Paso,<br>    Texas, 1963-64<br>Psychiatry Residency, University Hospitals of<br>    Cleveland, 1966-69 |
| Specialized<br>Education: | Case Western Reserve University School of Law,<br>    1975-77; Criminal Law, Family Law, Torts,<br>    Psychiatry and the Law, Evidence |
| Current Academic<br>Appointments: | Case Western Reserve University School of Medicine<br>    Professor of Psychiatry<br>    Director, Division of Forensic Psychiatry<br>Case Western Reserve University School of Law<br>    Adjunct Professor |
| Past Academic<br>Appointments: | Cleveland State University School of Law<br>    Adjunct Professor, 1978-79<br>John Carroll University<br>    Adjunct Professor, 1978-83 |
| Hospital<br>Affiliations: | University Hospitals of Cleveland, 1969-<br>Cleveland VA Hospital, 1969-1996 |
| Administrative<br>Positions: | Director, Court Psychiatric Clinic of Cuyahoga<br>    County and Cleveland, 1976-<br>Director, Fellowship in Forensic Psychiatry,<br>    Case Western Reserve University, 1979-<br>Director, Clinical Science Family Care Program,<br>    Case Western Reserve University, 1971-76 |
| Consulting<br>Positions: | Ohio Department of Mental Health, 1976-<br>Cuyahoga County Welfare Department, 1979-81<br>Cleveland Police Department, 1978-80<br>Cleveland Psychiatric Institute, 1979-1995<br>Western Reserve Psychiatric Hospital, 1979-1995<br>University of Virginia, 1984<br>University of South Carolina, 1987, 1990<br>Northeast Community Mental Health Center, 1992-94<br>Northcoast Behavioral Healthcare System, 1996- |

2

| | |
|---|---|
| Military Service: | Captain, U.S. Army, Valley Forge Hospital, Phoenixville, PA, 1964-66 |
| Medical Licensure: | Active license in Ohio (35-026834 R)<br>Active license in Pennsylvania (7846-E) |
| Certification: | American Board of Psychiatry and Neurology, 1971<br>American Board of Forensic Psychiatry, 1979<br>American Board of Psychiatry and Neurology, Added Qualifications in Forensic Psychiatry, 1994-2004, recertification 2004-2014. |
| Distinguished Visiting Professorships: | University of South Florida Medical School, 1984<br>Maine Medical Center, 1985<br>University of Rochester, 1993<br>Pennsylvania State University-Hershey, 1996<br>Wilford Hall Medical Center, San Antonio, 1996<br>Medical College of Ohio, Toledo, Ohio, 1999<br>University of California, Davis, 1999<br>St. Elizabeths Hospital, Washington DC, 2001<br>University of Hawaii, Honolulu, HI, 2004<br>Mayo Clinic, Rochester, Minn, 2005 |

Consultation and Testimony in Cases of National Interest

1. Florida v. William Kennedy Smith; consultant to defense in alleged rape.
2. Wisconsin v. Jeffrey Dahmer; consultant to prosecution in multiple murders.
3. Massachusetts v. John Salvi; testimony for defense in two homicides in abortion clinics.
4. South Carolina v. Susan Smith; consultant to defense in two child murders.
5. Pennsylvania v. John du Pont; testimony for defense in homicide of David Schultz.
6. U.S. v. Timothy McVeigh; consultant to U.S. Attorney in Oklahoma bombing.
7. U.S. v. Terry Nichols; consultant to U.S. Attorney in Oklahoma bombing.
8. U.S. v. Theodore Kaczynski; consultant to U.S. Attorney in Unabomber homicides.
9. Delaware v. Amy Grossberg; consultant to defense in neonaticide.
10. U.S. v. Russell Weston; consultant to defense in Capitol shooting.
11. Texas v. Andrea Yates; testimony for defense in five child drownings.
12. California v. Scott Peterson; Consultant to defense in drowning of Laci Peterson.
13. Ohio v. Charles McCoy; testimony for prosecution in Columbus I-270 sniper.

3

Honors:

Fellow, American Psychiatric Association (APA), 1979
Certificate of Commendation, Ohio Senate, 1984
President's Award, Greater Cleveland Bar Association, 1985
Silver Apple Award, American Academy of Psychiatry and the Law, 1985
Alpha Omega Alpha, Honorary Member, 1988
First Annual Award for Teaching Excellence, University Hospitals
     Psychiatry Residents, 1988
Cleveland Heights High School Distinguished Hall of Fame, 1990
Seymour Pollack Distinguished Achievement Award, American Academy of
     Psychiatry and the Law, 1991
Listed in The Best Doctors in America, 1992-present
American Psychiatric Association Award for Outstanding Educational
     Contributions, 1996
Presidential Commendation for Forensic Psychiatry Review Course,
     American Academy of Psychiatry and the Law, 1998
Psychiatric Times Teacher of the year, 1999
CWRU Educator's Forum Award for Excellence in Education, 2000
Ohio Forensic Leadership Award, First Annual Award by Ohio Department of
     Mental Health, 2000
Isaac Ray Award for outstanding contributions to forensic psychiatry and
     psychiatric aspects of jurisprudence, American Psychiatric
     Association, 2002
"Pearl of the Year" award for article on suicide in Current Psychiatry,
     2002
Golden Apple Award for significant contributions to forensic psychiatry,
     American Academy of Psychiatry and the Law, 2002
Distinguished Life Fellow, American Psychiatric Association (APA), in
     recognition of significant contributions to psychiatry, 2003
President's Award for Distinguished Alumni, Case Western Reserve
     University, 2003
Certificate of Commendation, Mississippi Senate, 2004
Cleveland Medical Hall of Fame, Inducted 2004


Memberships and Offices:

American Academy of Psychiatry and the Law, President, 1984-85
American Academy of Psychiatry and the Law, Midwestern Chapter,
     President 1983-84
Association of Directors of Forensic Psychiatry Fellowships,
     Founding President, 1986-90
Association of Ohio Forensic Psychiatric Center Directors, President,
     1977-78
Council on Accreditation for Fellowships in Forensic Psychiatry,
     1986-87, 1992-95
APA Council on Psychiatry and Law, Task Force on the Insanity Defense,
     1986-88
APA Committee on Psychiatric Services to Jails and Prisons, 1990-91
APA Committee on Confidentiality, 1991-96
Group for the Advancement of Psychiatry (GAP), Law and Psychiatry
     Committee, 1985-

4

Ohio Psychiatric Association (OPA)
OPA Forensic Committee, Chairperson, 1981-83
OPA Legislative Committee, 1982-84
Cleveland Psychiatric Society, Vice-President, 1973
American Psychology-Law Society, 1980-
American Society of Law and Medicine, 1983-84
International Academy of Law and Mental Health, 1986-

Editorial Positions:

Editor, Manual of Association of Ohio Forensic Psychiatric Center
    Directors, 1979
Muse and Views Column, Newsletter of the American Academy of
    Psychiatry and the Law, 1980-2001
Editor, Newsletter of the American Academy of Psychiatry and the Law,
    1979-83
Editor, Psychiatry and Law Section of the international journal,
    Medicine and Law, 1985-1998
Associate Editor, Legal Aspects of Psychiatric Practice, 1984-85
Associate Editor, International Journal of Offender Therapy and
    Comparative Criminology, 1997-
Editorial Advisory Board, Aggression and Violent Behavior, 1996-
Editorial Board, Behavioral Sciences and the Law, 1997-
Editorial Board, Journal of Threat Assessment, 1999-
Editorial Board, Psychiatric Times 2001-
Editorial Board, Clinical Handbook of Correctional Psychiatry
Editorial Board, Victim and Offenders
Reviewer:  American Journal of Psychiatry, Journal of the American
    Academy of Psychiatry and the Law, Psychological Reports, British
    Journal of Forensic Psychiatry, Biological Psychiatry, Psychiatric
    Times, Southern Medical Journal, Neurology, Journal of Forensic
    Psychiatry, American Psychiatric Press, Schizophrenia Bulletin,
    Current Psychiatry


Teaching Experience:

Courses:  Psychiatry and Criminal Law, Psychiatry and Civil Law, Case
    Western Reserve University, School of Law, 1987-
Psychiatry and Law, Case Western Reserve University, School of Law,
    1976-1986
Law and Psychiatry, Cleveland State University School of Law, 1978-79
Aggression, Psychiatry and the Law, John Carroll University, 1978-83
Co-teacher with Melvin Belli, Psychiatric Expert Witness Course,
    American College of Forensic Psychiatry, Santa Barbara, Ca, 1983
Director, Forensic Psychiatry Review Course sponsored by the American
    Academy of Psychiatry and the Law, 1992-; Lecturer, 1980-91
Lecturer on Psychiatry and the Law, Course in Administrative Psychiatry,
    Wright State University, Dayton, Oh, 1987-89, Tulane, 1992-94, 1996


Workshops:

5

<u>The Detection of Malingering</u>
1.  American Academy of Psychiatry and the Law Annual Meetings, 1983-85, 1987, 1989, 1993, 1997, 2003
2.  American Psychiatric Association Annual Meetings, 1984-2005
3.  Ohio Association of Forensic Centers; Columbus, Ohio, 1982
4.  Massachusetts Mental Health Center; Boston, Massachusetts, 1984
5.  American Psychological Association, Toronto, Ontario, 1984
6.  Clarke Institute of Psychiatry, Toronto, Ontario, August, 1984
7.  University of Michigan; Ann Arbor, Michigan, April, 1985
8.  Supreme Bench of Baltimore Court Clinic, Maryland, 1985
9.  Missouri Dept. of Mental Health, Columbia, Missouri, April, 1986
10. Ohio Psychological Association, Columbus, Ohio, May, 1986
11. St. Elizabeths Hospital; Washington, D.C., September, 1986
12. Ontario Psychiatric Association, Toronto, Ontario, 1987
13. University of Calgary, Calgary, Alberta, Canada, July, 1987
14. St. Vincent Hospital, Staten Island, New York, January, 1988
15. Institute of Law and Psychiatry, Charlottesville, Virginia, 1988
16. Michigan Department of Corrections, Lansing, Michigan, Dec, 1988
17. Central New York Psychiatric Center, Marcy, New York, Jan, 1989
18. National Organization of Forensic Social Work, Cincinnati, 1989
19. Family Court of New York, New York City, September, 1989
20. Washington University, St. Louis, Missouri, January, 1990
21. Defense Research Institute, Boston, Massachusetts, June, 1990
22. Nova University, Hollywood, Florida, April, 1991
23. Ohio Self-Insurers Association, Cincinnati, Ohio, June, 1991
24. U.S. Psychiatric Congress, CME, 1991-1993, 1998, 2000
25. American Academy of Forensic Psychology, San Diego, 1992
26. Ohio Judicial Conference, Columbus, Ohio, September 1992
27. Pennsylvania Dept. of Mental Health, Harrisburg, PA, 1995
28. Specialized Training Services, Chicago, Illinois; Seattle, Washington, 1994; Minneapolis, Minnesota; Dallas, Texas, 1995; Atlanta, Georgia; Houston, Texas 1996; Ft. Lauderdale, Florida; Boston, Mass, 1997; Chicago, Illinois; Seattle, Washington, 1998; Dallas, Texas; Baltimore, Maryland, 1999, San Diego, CA 2000; Austin, TX 2000
29. Arizona State Hospital, Phoenix, Arizona, Sept, 1997
30. Napa State Hospital, Napa, California, March, 1999
31. Patton State Hospital, Rialto, California, April 2000
32. Texas Department of Mental Health, Vernon, TX 2002
33. First International Conference on Symptom Validity.  Physical Medicine Research Foundation.  Toronto, Ontario, 2002
34. San Diego County Mental Health Board, San Diego, CA, 2003
35. Lorman Education Services, Cleveland, OH 2005

<u>The Psychiatric Prediction of Violence</u>
1.  Ohio Department of Mental Health, Dayton, Ohio, May 1980
2.  Central Ohio Psychiatric Hospital; Columbus, Ohio, May, 1986
3.  Nebraska Attorney General's Conference; Lincoln, 1988
4.  Oregon State Hospital; Salem, Oregon; March, 1988
5.  Missouri Institute of Psychiatry, St. Louis, Missouri, 1990
6.  William Hall Institute, Hilton Head, South Carolina, 1990
7.  Ohio Department of Mental Health, Columbus, Ohio, August, 1990

6

8.  Missouri Dept. of Mental Health, Columbia, Missouri, April 1991
9.  Mahoning County Dept. of Mental Health, Youngstown, Ohio, 1991
10. Connecticut Dept. of Mental Health, Norwich, Connecticut, 1991
11. Ohio Association of Forensic Centers, Columbus, Ohio, June, 1991
12. Medical College of Ohio, Toledo, Ohio, May 1992
13. Ohio Common Pleas Judges Association, Canton, Ohio, May 1992
14. American Academy of Psychiatry and the Law, 1992, 1996
15. U.S. Psychiatric Congress, CME, 1992-94
16. American Psychiatric Association Annual Meeting, 1993-97
17. El Camino Hospital, Mountainview, California, 1993
18. Melbourne University, Melbourne, Australia, 1993
19. Mt. Sinai Hospital, New York City, New York, 1994
20. Society of S. African Psychiatrists, Capetown, South Africa, 1994
21. School of Medicine, Christchurch, New Zealand, 1995
22. Kirby Forensic Hospital, New York, New York 1995
23. Columbia University, New York, New York, 1995
24. University of Pennsylvania, Philadelphia, Pennsylvania, 1995
25. Northwestern University, Chicago, Illinois 1996

The Insanity Defense
1.  American College of Forensic Pathologists, Cleveland, Ohio 1976
2.  Ohio Association of Forensic Centers, Columbus, Ohio, 1981
3.  Bridgewater State Hospital, Bridgewater, Massachusetts, 1982
4.  Perkins Hospital, Jessup, Maryland, 1987
5.  Willamette Law School, Salem, Oregon, 1988
6.  Delaware Bar Association; Wilmington, Delaware, 1988
7.  American Academy of Psychiatry and the Law 1991, 1995, 1999
8.  American Psychiatric Association Annual Meetings, 1991-2005
9.  Royal Australian College of Psychiatry, Sidney, Australia, 1995
10. Ohio Department of Mental Health, Columbus, Ohio, 1995, 2005
11. Winnebago Mental Health Institute, Oshkosh, Wisconsin, 2002

Risk Assessment for Violence
1.  Specialized Training Services, Columbus, OH; San Diego, CA, 1997;
    Chicago, Illinois; Seattle, Washington, 1998; Dallas, Texas;
    Baltimore, Maryland, 1999, Atlanta, GA, 2000, San Diego, CA, 2000;
    San Francisco, CA, 2002; Minneapolis, MN, 2003, Newark, NJ, 2004,
    Washington DC 2005
2.  Connecticut Dept. of Mental Health, Bridgeport, Connecticut, 1996
3.  Sharpe Hospital, Weston, West Virginia, 1996
4.  Solutions Training Institute, Columbus, Indiana, 1996, 1999
5.  National Association of Forensic Social Workers, New York, NY, 1997
6.  Central New York Psychiatric Center, Utica, New York, 1997
7.  Mississippi Dept. of Mental Health, Raymond, Mississippi, 1998
8.  American Psychiatric Association Annual Meetings, 1998-2005
9.  Ohio Common Pleas Judges Association, Columbus, Ohio, 1998
10. Arkansas Psychiatric Society, Little Rock, Arkansas, 1998
11. Napa State Hospital, Napa, California, 1999
12. Patton State Hospital, Rialto, California, 2000
13. Winnebago Institute, Osh Kosh, Wisconsin, 2000
14. Oklahoma Dept. of Mental Health, Oklahoma City, OK, 2000
15. U.S. Psychiatric Congress, 1998, 2000, 2001, 2005
16. American Academy of Psychiatry and the Law annual meeting, 2001

7

17. Minnesota Psychiatric Association, St. Paul, Minnesota, 2001
18. Pittsburgh Psychiatric Society, Pittsburgh, PA, 2001
19. Royal Australian College of Psychiatry, Brisbane, Australia, 2002
20. Oklahoma Department of Mental Health, Tulsa, OK, 2002
21. Faces Conferences, Chicago, IL, 2003; Las Vegas, NV, 2003; Seattle, WA, 2004; Vancouver, B.C., 2004; Las Vegas, 2004
22. Akron Mental Health Association, Akron, OH 2003
23. CME, Scottsdale, AZ, 2003
24. Providence Hospital, Anchorage, AK, 2004
25. U.S. Capitol Police, Washington, D.C., 2004
26. Walsh University, Canton, OH, 2005
27. Criminal Justice Institute, Little Rock, AK, 2005
28. Metropolitan State University, St. Paul, MN, 2005

## The Mental Health Professional as Expert Witness
1. American Psychiatric Association Annual Meetings, 1981-2005
2. American Academy of Psychiatry and the Law Annual Meetings, 1981-84, 1986, 1988, 1990, 1994, 1998, 2004
3. Institute Philippe Pinel; Montreal, Quebec, 1984
4. American Psychological Association, Toronto, Ontario, 1984
5. Winnebago Mental Health Institute, Winnebago, Wisconsin, 1985
6. St. Elizabeths Hospital, Washington, D.C., 1985
7. National Association of Mental Health Centers, Boston, Mass, 1988
8. Kingwood Hospital, Michigan City, Indiana, 1988
9. Vermont Dept. of Corrections, Burlington, Vermont, 1988
10. University of Minnesota; 1988 Lake Buena Vista, Florida; 1989 Costa Mesa, California; 1991 Atlanta, Georgia; Boston, Massachusetts; Dallas, Texas; Chicago, Illinois; 1992 Orlando, FL; Berkley, CA
11. U.S. Psychiatric Congress, CME, 1991-1994
12. American Psychology-Law Society, San Diego, California, 1992
13. Patton State Hospital, San Bernardino, California, 1992
14. Medical Center for Federal Prisoners, Springfield, Missouri, 1992
15. Charter Medical Center, New Orleans, Louisiana, 1993
16. St. Elizabeths Hospital, Washington D.C., 1994
17. Specialized Training Services, Chicago, Illinois, Seattle, Washington, 1994; Minneapolis, Minnesota, Dallas, Texas, 1995
18. Royal Australian College of Psychiatry, Brisbane, Australia, 2002

## How to Give A More Effective Lecture
1. American Academy of Psychiatry and the Law, 1997, 1999, 2002, 2005
2. American Psychiatric Association, 1999-2002, 2005
3. U.S. Psychiatric Congress, 2000
4. American Academy of Geriatric Psychiatry, 2001
5. Midwest American Academy of Psychiatry and the Law, 2004

## Child Murder by Parents
1. Specialized Training Services, Las Vegas, NV, 2002, San Diego, CA, 2005
2. FBI Academy, Quantico, VA, 2002
3. University of California, San Francisco, 2002
4. Winnebago Mental Health Institute, Oshkosh, Wisconsin, 2002
5. American Psychiatric Association, 2003-2005.
6. Colorado Psychiatric Society, Denver, CO, 2004

8

7.  Pennsylvania Psychiatric Society, Harrisburg, PA, 2005
8.  National Council of Juvenile Judges, Cleveland, OH 2005
9.  Dallas Children's Advocacy Center, Dallas, TX, 2005

<u>Legal Issues in Mental Health</u>
1.  Solutions Training Institute, 1999, 2001, 2003
2.  Specialized Training Services, San Diego, CA, 2000, Seattle, Washington, 2003, Los Angeles, CA, 2003, Minneapolis, MN, 2003, Columbus, OH, 2004, Newark, NJ, 2004, Washington D.C., 2005
3.  Northern Indiana VA Hospital, Indianapolis, IN, 2002
4.  Brattleboro Retreat, Brattleboro, Vermont, 2002
5.  Puerto Rico Psychiatric Association, San Juan, PR, 2003
6.  Patton State Hospital, Rialto, CA, 2004
7.  Arkansas Mental Health Institute, Hot Springs, AK, 2004
8.  Northeast Counseling Service, Nanticoke, PA, 2004
9.  Department of Corrections, Albuquerque, NM, 2004
10. University of New Mexico, Albuquerque, NM 2005

<u>Public Service</u>:

Chairperson, Ohio Psychiatric Association Task Force to Revise Ohio Statutes on Mentally Ill Criminals, 1977
Testimony before the Ohio House of Representatives and Senate Committees on legislation regarding civil commitment, "guilty but mentally ill," insanity, competency, psychiatric aspects of criminal offenders, and the death penalty, 1977-86
Testimony before the National Commission on the Insanity Defense; Senator Birch Bayh, Chairman; Washington, DC, October, 1982
People-to-People Citizen Ambassador Delegate in Mental Health Law to England, France, Switzerland, Sweden, and Hungary, May, 1983
Task Force on Implementation, American Bar Association's (ABA) Criminal Justice Mental Health Standards, 1985
Task Force on Competence to be Executed, Competence to Confess, and Competence to Refuse an Insanity Plea, ABA's Criminal Justice Mental Health Standards, 1986
Chairperson, Rape Task Force of Cleveland Bar Association, 1981-1988
Educational Advisory Committee, Center for Biomedical Ethics, Case Western Reserve University, 1988-1997
External Reviewer, Clarke Institute, Toronto, Ontario, 1991


<u>Publications</u>:

Books

1.  Rappeport, J.R., Resnick, P.J., et al, The Mental Health Professional and the Legal System, Brunner/Mazel, New York, 1991.

2.  Resnick, P.J.: Guest Editor. "Forensic Psychiatry," <u>Psychiatric Clinics of North America</u>; March, 1999.


Articles

1.  Resnick, P.J., "Child Murder By Parents: A Psychiatric Review

9

of Filicide," <u>American Journal of Psychiatry</u>, 126:73-83, 1969.

2.  Resnick, P.J., "Murder of the Newborn:  A Psychiatric Review of Neonaticide," <u>American Journal of Psychiatry</u>, 126:58-64, 1970.

3.  Engel, I., Levine, S., Resnick, P., "The Use of Programmed Patients and Videotapes in Teaching Medical Students to Take a Sexual History," <u>Journal of Medical Education</u>, 5:425-27, 1976.

4.  Resnick, P.J., MacDougall, E., "The Use of Medical Students as Preceptors in Freshman Clinical Science," <u>Journal of Medical Education</u>, 51:763-765, 1976.

5.  Resnick, P.J., "Psychiatrist in the Criminal Justice System," <u>Case Western Reserve Medical Alumni Bulletin</u>, Vol. XL, No. 2, 1976.

6.  Levine, S., Resnick, P., et al, "For Chronic Impotence: Psychotherapy or Sex Therapy?" Roche Report <u>Frontiers of Psychiatry</u>, Vol. 7, No. 17, November, 1977, and No. 18, December, 1977.

7.  Levine, S., Resnick, P., et al, "Sexuality Curriculum for Gynecology Residents:  An Experiment with Videotape Interviews" <u>Journal of Medical Education</u>, 53:510-512, 1978.

8.  Resnick, P.J., "Insanity as a Criminal Defense in Ohio," <u>Ohio Psychiatric Association Newsletter</u>, Vol. 5, No. 12, 1978.

9.  Resnick, P.J., "The Court Psychiatric Clinic," <u>Annual Report of the Cleveland Municipal Court</u>, 1978.

10. Resnick, P.J., "The Political Offender:  Forensic Psychiatric Considerations," <u>Bulletin of the American Academy of Psychiatry and the Law</u>, 6:388-397, 1979.

11. Resnick, P.J., Wile, M., "Support Groups for Medical Students in Initial Clerkships," <u>The Ohio State Medical Journal</u>, 79:17-19, 1979.

12. Resnick, P.J., "The Psychiatrist as an Expert Witness in Ohio," <u>Ohio Psychiatric Association Newsletter</u>, Volume 6, No. 10, 1980.

13. Resnick, P.J., "A Psychiatrist's View of the Insanity Defense," <u>Cleveland Plain Dealer Sunday Magazine</u>, October 12, 1980, pp. 37-50.

14. Resnick, P.J., Book Review of the <u>Powers of Psychiatry</u> by Jonas Robitscher, <u>Bulletin of the American Academy of Psychiatry and the Law</u>, Vol. VII, No. 3, 1980.

15. Resnick, P.J., "The Psychiatrist's Role in Ohio's Death Penalty Sentence," <u>Ohio Psychiatric Association Newsletter</u>, Vol. 7, No. 3, 1981.

16. Hickman, F.J., Resnick, P.J., Olson, K.B., "Right to Refuse

10

Psychotropic Medication:  An Interdisciplinary Proposal," <u>Mental Disability Law Reporter</u>, 6:122-130, 1982.  (Cited by the U.S. Supreme Court in <u>Washington v. Harper</u>, 494 U.S. 210, 1990).

17. Rosner, R., Resnick, P. et al "Standards for Fellowship Programs in Forensic Psychiatry," <u>Bulletin of the American Academy of Psychiatry and the Law</u>, Vol. 10, No. 4, 1982.

18. Resnick, P.J., "A Psychodynamic View of Three Rapists," <u>Newsletter of the Begun Institute</u>, 7:1, 1982.

19. Resnick, P.J., "Legislative Concerns:  Guilty But Mentally Ill," <u>Mental Health Word</u>, 3:1-5, 1982.

20. Resnick, P.J., "The Abolition of the Insanity Defense" in <u>Myths and Realities:  Hearing Transcript of the National Commission on the Insanity Defense</u>, pp. 69-75, Sponsored by National Mental Health Association, 1982.

21. Resnick, P.J., "The Psychiatrist as an Expert Witness," <u>Roche Report:  Frontiers of Psychiatry</u>, 12:2, 1982.

22. Resnick, P.J., "Some Psychodynamic Considerations in Rapists," <u>British Journal of Sexual Medicine</u>, 10:41-47, 1983.

23. Resnick, P.J., "The Detection of Malingered Mental Illness," <u>Behavioral Sciences & the Law</u>, 2:21-38, 1984.

24. Resnick, P.J., "Future Trends in Mental Health Law, <u>Health Matrix</u>, 3:55-57, 1985.

25. Resnick, P.J., "How Do You Perform a Criminal Responsibility Evaluation of a Defendant Who Denies the Alleged Offense?"  Ask the Experts.  <u>Newsletter of the American Academy of Psychiatry and the Law</u>, Vol. 9, pp. 13-14, 1984.

26. Resnick, P.J., "The Physician Witness," <u>Physician's Legal Alert</u>, Vol. 1, No. 8, 29-30, 1986.

27. Harry, B., Resnick, P.J.  "Post-Traumatic Stress Disorders in Murderers," <u>Journal of Forensic Science</u>.  31:609-613, 1986.

28. Resnick, P.J., "How Can One Distinguish a Person with True Mental Illness from One Who Pretends to be Mentally Ill?" <u>Medical Aspects of Human Sexuality</u>.  20:110, 1986.

29. Caccicarne, M., Resnick, P.J., et al, "Burnout in Forensic Psychiatric Staff," <u>Medicine and Law</u>.  5:303-308, 1986.

30. Resnick, P.J., "Perceptions of Psychiatric Testimony:  A Historical Perspective on the Hysterical Invective," <u>Bulletin of the American Academy of Psychiatry and the Law</u>.  14:203-219, 1986.

31. Modlin, H., Resnick, P.J., La Fond, J., "An  American Perspective

11

on Forensic Psychiatry and Mental Health Law in Europe," Medicine and Law. 5:309-321, 1986.

32. Resnick, P.J., "Should a psychiatrist retained by the state for a criminal responsibility evaluation discuss his findings with the defense attorney prior to trial?" Ask the Experts. Newsletter of the American Academy of Psychiatry and the Law 11:24, 1986.

33. Perr, I., Gutheil, T., Mills, M., Resnick, P., Bloom, J., Ciccone, J., Smith, S. "Risk Factors in Psychiatric Management." Legal Aspects of Contemporary Psychiatric Issues, July, 1986.

34. Perr, I., Bloom, J., Ciccone, R., Smith, S., Resnick, P., Gutheil, T., Mills, M., "Civil and Criminal Competency," Legal Aspects of Contemporary Psychiatric Issues, July, 1986.

35. Perr, I., Resnick, P., Smith, S., Gutheil, T., Mills, M., Bloom, J., Ciccone, R., "Evaluating Injury and Disability," Legal Aspects of Contemporary Psychiatric Issues, July, 1986.

36. Daniel, A.E., Resnick, P.J., "Mutism, Malingering, and Competency to Stand Trial," Bulletin of the American Academy of Psychiatry and the Law, 15:301-308, 1987.

37. Rogers, R., Resnick, P.J., "Malingering and Deception: The Clinical Interview." Practioners' Manual, Guilford Publications, 1988.

38. Rosman, J.P., Resnick, P.J., "Sexual Attraction to Corpses: A Psychiatric Review of Necrophilia," Bulletin of the American Academy of Psychiatry and the Law; 17(2), 1989.

39. Resnick, P.J., "Competence for Capital Punishment." Newsletter of the American Academy of Psychiatry and the Law. 13(3), 1988.

40. Resnick, P.J., Malingering versus Factitious Disorder. Ask the Experts. Newsletter of the American Academy of Psychiatry and the Law. 14(1):12, 1989.

41. Grant, W.H., Resnick, P.J., "Right of Active Duty Military Personnel to Refuse Psychiatric Treatment," Behavioral Sciences & the Law, 7:339-354, 1989.

42. Resnick, P.J., "Malingered Hallucinations and Duty to Protect," Ask the Experts, Newsletter of the American Academy of Psychiatry and the Law; 16(2):47, 1991.

43. Yutzy, S.H., Wolfson, J.K., and Resnick, P.J., "Child Stealing by Cesarean Section: A Psychiatric Case Report and Review of the Child Stealing Literature" Journal of Forensic Sciences; 38:192-196, 1993.

44. Resnick, P.J., "Can Psychiatrists Predict Violence?" Harvard Mental Health Letter, 9(12):8, 1993.

45. Resnick, P.J., "The Psychiatrist as Expert Witness," Directions in

Psychiatry; Psychiatric Malpractice Risk Management III, Lesson 7; pp. 1-11, 1993.

46.  Resnick, P.J., "Defrocking the Fraud:  The Detection of Malingering," Israel Journal of Psychiatry, 30:93-101, 1993.

47.  Haynes, R.M., Resnick, P.J., Dougherty, K.C. and Althof, S.E.: Proverb Familiarity and the Mental Status Examination, Bulletin of the Menninger Clinic, 57:523-528, 1993.

48.  Resnick, P.J.,  "Malingering," Journal of Forensic Psychiatry, Editorial, 5:1-4, 1994.

49.  Resnick, P.J., Kausch, O., "Violence in the Workplace:  Role of the Consultant," Consulting Psychology Journal: Practice and Research, 47:213-222, 1995.

50.  Rosenberg, J.E., Resnick, P.J., "Post-Concussive Syndrome," Directions in Psychiatry, New York: Hatherleigh Press, 1996.

51.  Kausch, O. and Resnick, P.J., "Psychiatric Risk Management in Workplace Violence," Directions in Psychiatry - Risk Management Series, 1997.

52.  Resnick, P. and Scott, C., "Legal Issues in Treating Perpetrators and Victims of Violence," Psychiatric Clinics of North America, 20:473-487, 1997.

53.  Resnick, P.J., "Malingering of Posttraumatic Disorders," J. Pract Psychiatry and Behavioral Health; 4:329-339, 1998.

54.  Resnick, P.J., Book Review of "Patients Who Deceive" by Loren Pankratz; Psychiatric Services, 50:273, 1999.

55.  Resnick, P.J., "The Detection of Malingered Psychosis," Psychiatric Clinics of North America, 22:159-172, 1999.

56.  Noffsinger, S.G., Resnick, P.J., "Violence and Mental Illness, Current Opinion in Psychiatry, 12:683-687, 1999.

57.  Knoll, J.L., Resnick, P.J., "U.S. v. Greer:  Longer Sentences for Malingerers," Journal of the American Academy of Psychiatry and the Law, 27: 621-625, 1999.

58.  Noffsinger, S.G., Resnick, P.J., "Insanity Defense Evaluations," Directions in Psychiatry, 19:325-338, 1999.

59.  Resnick, P.J., Knoll, J.L.,"The Psychiatric Expert Witness," Israel Journal of Psychiatry, 37:145-153, 2000.

61.  Noffsinger, S.G., Zuchowski, S.J., and Resnick, P.J.: "Steele v. Hamilton County Community Mental Health  Board," The Journal of the American Academy of Psychiatry and the Law, 29:100-3, 2001.

62.  Kausch, O. and Resnick, P.J.: "Assessment of Employees for Workplace

13

Violence," <u>Journal of Forensic Psychology Practice</u>, 1:1-22, 2001.

63. Hrouda, D.R., Resnick, P.J., Aronoff, M., Caso, M., Freidman, L., Noffsinger, S., Buckley, P.F.: Violence and Schizophrenia: Initial Observations on Standards of Care," <u>Schizophrenia Research</u>, 49:33, 2001.

64. Resnick, P.J., "Recognizing that the Suicidal Patient Views You as an 'Adversary,'" <u>Current Psychiatry</u>, 1:8, 2002.

65. Kausch, O. and Resnick, P.: "Risk Assessment for Violence: A Clinical Approach," <u>Directions in Psychiatry</u>, 23:55-63, 2003.

66. Harris, M.R. and Resnick, P.J.: "Suspected Malingering: Guidelines for Clinicians," <u>Psychiatric Times</u>, p. 68-71, December, 2003.

67. Buckley, P.F., Hrouda, D.R., Friedman, L., Noffsinger, S.G., Resnick, P.J., and Camlin-Shingler, K.: "Insight and its Relationship to Violent Behavior in Patients with Schizophrenia," <u>Am J Psychiatry</u>, 161:1712-14, 2004.

68. Resnick, P.J., "Day in the Life of a Psychiatrist-in-the-Making," <u>Academic Psychiatry</u>, 29:397-399, 2005.

69. Hatters-Friedman, S.H. and Resnick, P.J.: "Psychiatric Treatment in Prison,"<u>The Journal of the American Academy of Psychiatry and the Law</u>, Legal Digest, 33:274-276, 2005.

70. Hatters-Friedman, S.H., Shelton, M.D., Elhaj, O., Youngstrom, E.A., Rapport, D.J., Packer, K.A., Bilali, S.R., Jackson, K.S., Sakai, H.E., Resnick, P.J., Findling, R.L. and Calabrese, J.R.: "Gender Differences in Criminality: Bipolar Disorder with Co-occurring Substance Abuse, <u>The Journal of the American Academy of Psychiatry and the Law</u>, 33:188-195, 2005.

71. Resnick, P.J. and Knoll, J.: "How to Detect Malingered Psychosis," <u>Current Psychiatry</u>, 4:13-25, 2005.

72. Hatters-Friedman, S.H., Horwitz, S.M., Resnick, P.J.: "Child Murder by Mothers: A Critical Analysis of the Current State of Knowledge and a Research Agenda," <u>Am J Psychiatry</u>, 162:1578-1587, 2005.

73. Hatters-Friedman, S.H., Hrouda, D.R., Holden, C.E., Noffsinger, S.G. and Resnick, P.J.: "Child Murder Committed by Severely Mentally Ill Mothers:  An Examination of Mothers Found Not Guilty by Reason of Insanity," <u>J Forensic Sci</u>, 50:1466-1471, 2005.

74. Hatters-Friedman, S.H., Hrouda, D.R., Holden, C.E., Noffsinger, S.G., and Resnick, P.J.: "Filicide-Suicide: Common Factors in Parents Who Kill Their Children and Themselves," <u>The Journal of the American Academy of Psychiatry and the Law</u>, 33:496-504, 2005.

14

## Book Chapters and Contributions

1. Resnick, P. J., "Infanticide," <u>Modern Perspectives in Psycho-Obstetrics</u>, John Howells (Ed.), Edinburgh:  Oliver & Boyd, 1972.

2. Resnick, P. J., "Forensic Psychiatry," <u>Handbook of Legal Medicine</u>, C. Hirsch, R. C. Morris, A. R. Moritz, Fifth Edition, St. Louis:  The C. V. Mosby Company, 1979.

3. Resnick, P. J., "Insanity," <u>Manual of Association of Ohio Forensic Psychiatric Center Directors</u>, 1979.

4. Resnick, P. J., "Neonaticide," <u>Traumatic Abuse and Neglect of Children at Home</u>, Gertrude Williams and John Money (Eds.), Baltimore:  The John Hopkins Press, 1980.

5. Resnick, P. J., "The Psychiatrist as an Expert Witness," Contributor to the chapter, "Examination of Expert Witnesses" in <u>Preparation of Medical Cases for Settlement and Trial</u> by L. Holley, Norcross, Georgia: The Harrison Company Publishers, 1982.

6. Resnick, P. J., "Physical Assault in a Psychiatric Hospital: Legal Implications," <u>Veterans Administration Hospital Manual on Management of Disruptive Behavior</u>, 1983.

7. Resnick, P. J., "The Mental Health Professional as Expert Witness," <u>Manual of Association of Ohio Forensic Psychiatric Center Directors</u>, 2nd Edition, 1984.

8. Resnick, P. J., "Psychiatry and the Law," <u>Clinical Psychiatry</u>, H. Sudak (Ed.), St. Louis: Warren S. Green, 1985.

9. Resnick, P. J., "Victim Response to Rape and Violence," <u>Clinical Psychiatry</u>, H. Sudak (Ed.), St. Louis:  Warren S. Green, 1985.

10. Resnick, P. J., Foreword, <u>Critical Issues in American Psychiatry and the Law: Volume II</u>, R. Rosner (Ed.), New York: Plenum; 1985.

11. Resnick, P.J., "The Psychiatrist in Court," <u>Psychiatry</u>, J.O. Cavenar, Jr. (Ed.), Philadelphia:  Lippincott; 1986.

12. Resnick, P.J., "Malingered Psychosis,"  In R. Rogers (Ed.) <u>Clinical Assessment of Malingering and Deception</u>, New York: Guilford Press, 1988.

13. Resnick, P.J., "Malingering of  Post-Traumatic Disorders," In R. Rogers (Ed.) <u>Clinical Assessment of Malingering and Deception</u>, New York:  Guilford Press, 1988.

14. Resnick, P.J., "End Times" (Necrophila) <u>DSM-III-R Casebook</u>, Spitzer, Gibbon, Skodol, Williams & First (Eds.)  American Psychiatric Press, 1989; repeated in <u>DSM IV Casebook</u>, 1994.

15

15. Roberts, A.C., Resnick, P.J., "Malingering Closed Head Injury Symptoms," <u>Litigating Closed Head Injury Cases</u>, A.C. Roberts (Ed.), McGraw-Hill, 1989.

16. Ellis, J., Resnick, P., et al, "Competence and Confessions," <u>ABA Criminal Justice Mental Health Standards</u>, George, B.J., Jr., General Reporter, American Bar Association, 1989.

17. Resnick, P.J., "The Diagnosis of Malingering," <u>Workers' Compensation</u>, Chicago: Defense Research Institute, 1990.

18. Resnick, P.J., "Expert Witness Depositions," <u>The Vocational Expert Primer</u>, Terry L. Blackwell, Athens, Georgia Southern Press, 1991.

19. Resnick, P.J., "Expert Witness Clothing," <u>The Vocational Expert Primer</u>, Terry L. Blackwell, Athens, Georgia Southern Press, 1991.

20. Resnick, P.J., "Guidelines for Courtroom Testimony," <u>Principles and Practice of Forensic Psychiatry</u>, R. Rosner (Ed.), Chapman and Hall, New York, 1994.

21. Resnick, P.J., "Malingering," <u>Principles and Practice of Forensic Psychiatry</u>, R. Rosner (Ed.), Chapman and Hall, 1994.

22. Resnick, P.J., "Malingering," <u>Mental and Emotional Injuries in Employment Litigation</u>, F. Kulick and J. McDonald (Eds.), The Bureau of National Affairs, Inc. Washington, D.C., 1994.

23. Resnick, P.J., "Guidelines for the Evaluation of Malingering in Posttraumatic Stress Disorder," <u>Posttraumatic Stress Disorder in Litigation: Guidelines for Forensic Assessment</u>, R.I. Simon (Ed.), American Psychiatric Press, Inc., Washington, D.C., 1995.

24. Resnick, P.J.: "Malingered Psychosis," In Rogers, R. (Ed.), <u>Clinical Assessment of Malingering and Deception</u>, 2nd ed., New York: The Guilford Press, 1997.

25. Resnick, P.J.: "Malingering of Posttraumatic Disorders," In Rogers, R. (Ed.), <u>Clinical Assessment of Malingering and Deception</u>, 2nd ed., New York: The Guilford Press, 1997.

26. Kausch, O. and Resnick, P.J., "The Assessment of Violence in the Workplace and Its Legal Ramifications," in Flach, F. (Ed.) <u>A Comprehensive Guide to Malpractice Risk Management and Psychiatry</u>, New York: Hatherleigh Press, 1998.

27. Kausch, O., Resnick, P.J., "Psychiatric Assessment of the Violent Offender," <u>Handbook of Psychological Approaches with Violent Offenders: Contemporary Strategies and Issues</u>, V.B. Van Hasselt & M. Herson (Eds.), Kluwer Academic/Plenum Publishers, New York, 1999.

28. Lewis, C.F. and Resnick, P.J.: "Infanticide in the U.S.," <u>Violence in America: An Encyclopedia</u>, Charles Scribner & Sons: New York; 2:171-174, 1999.

16

29.  Scott, C. and Resnick, P.J.:  "The Prediction of Violence," in Aggression and Violence:  An Introductory Text, V.B. Van Hasselt and M. Herson (Eds.) Simon and Schuster; 1999.

30.  Resnick, P.J. and Harris, M.R.:  "Retrospective Assessment of Malingering in Insanity Defense Cases," Predicting the Past:  The Retrospective Assessment of Mental States in Civil and Criminal Litigation, Simon R. and Shuman, D. (Eds), American Psychiatric Press, 2002.

31.  Resnick, P.J.: "Malingered Disability Evaluation" in K. Heilbrun, G. Marczyk, and D. DeMatteo:  Forensic Mental Health Assessment: A Casebook, New York: Oxford University Press, 2002.

32.  Resnick, P.J.: "Guidelines for Evaluation of Malingering in PTSD," in Simon, R.I., (Ed.), Posttraumatic Stress Disorder in Litigation: Guidelines for Forensic Assessment, 2nd edition, American Psychiatric Publishing Inc., Washington D.C./London, England, 2003.

33.  Resnick, P.J.: Book Review of Disorders of Simulation: Malingering, Factitious Disorders, and Compensation Neurosis, edited by G.L. Hutchinson,Madison, CT, Psychosocial Press, 2001; Psychiatric Services, 54:580, 2003.

34.  Resnick, P.J. and Hatters-Friedman, S.: Book Review: Infanticide: Psychosocial and Legal Perspectives on Mothers Who Kill, (edited by Margaret G. Spinelli, M.D.; Washington D.C., American Psychiatric Publishing, Inc., 2003), Psychiatric Services, 54:1172, 2003.

35.  Resnick, P.J., "Guidelines for Courtroom Testimony," in Principles and Practice of Forensic Psychiatry, R. Rosner (Ed.), 2nd edition, Chapman and Hall, New York, 2003.

36.  Resnick, P.J., "Malingering," in Principles and Practice of Forensic Psychiatry, R. Rosner (Ed.), 2nd edition, Chapman and Hall, 2003.

37.  Resnick, P.J., Book Review: Malingering and Illness Deception, by Halligan, P., Bass, C., and Oakley, D., New York: Oxford University Press, 2003, Journal of Forensic Psychiatry, 15:362-363, 2004.

Poster Presentations at National Meetings

1.  Assessing Risk Factors for Filicide by Mentally Ill Parents. Hatters-Friedman, S., Resnick, P., et al.  American Academy of Psychiatry and the Law, San Antonio, TX, Oct 2003.

2.  Violence and Schizophrenia: Further Observations on the Standard of Care.  Hrouda, D., Resnick, P., et al. American Academy of Psychiatry and the Law, San Antonio, TX, Oct 2003.


Videotape Productions:

17

1. Psychiatric Testimony in an Insanity Trial (FV 65-66)
2. Criminal Responsibility in a Family Murder (FV 14)
3. The Many Faces of Competence (FV 89)
4. Physical Assault: Legal Considerations (FV 138)
5. Prediction of Dangerousness in Insanity Acquittees (FV 115A)
6. Differential Diagnosis of Malingering (FV 108A)
7. Insanity and Competence in a Federal Bomber (FV 110)
8. Demon Possession, Filicide, Matricide and Insanity (FV 64B)
9. Mock Civil Commitment Hearing of a Paranoid Woman (FV 82)
10. Mentally Retarded Rapist (FV 79)
11. Insanity in a Necrophilic Homicide (FV 148A)
12. The Psychiatric Legal Report Lecture (FV 162)
13. Mental Health Professional as Expert Witness Lecture (FV 160)
14. Detection of Malingering Lecture (FV 159)
15. Prediction of Dangerousness Lecture (FV 161)
16. The Violent Patient: Protecting Yourself and Practice, CME, 1994
17. How to Develop a Forensic Practice, CME, 1996
18. Duty to Protect in Ohio, Ohio Department of Mental Health, 2000

Audiotape Productions:

1. Psychiatric Testimony. Audio-Digest Psychiatry. Vol. 12, No. 22, 1983.
2. Post-Traumatic Stress Disorder. American College of Psychiatry, "Psychiatric Update," Vol. 4, No. 12, 1984.
3. Meet the Malingerer. Quinn, K.M. and Resnick, P.J., Audio-Digest Psychiatry, Vol. 14, No. 24, 1985.
4. Malingering and Deception. Rogers, R. and Resnick, P.J., Guilford Publications, 1988.
5. Malingered Mental Illness, Audio-Digest Psychiatry, Vol. 19, No. 15-16, 1990.
6. The Insanity Defense, Audio-Digest Psychiatry, Vol. 20, No. 18-19, 1991.
7. The Psychiatrist as Expert Witness, Audio-Digest Psychiatry, Vol. 22, No. 15-16, 1993.
8. Profiles in Violence, Audio-Digest Family Practice, Vol. 42, No. 32, 1994.
9. Basic Law for Psychiatrists, Audio-Digest Psychiatry, Vol. 23, No. 19, 1994.
10. Violence and Danger, Audio-Digest Psychiatry, Vol. 24, No. 16, 1995.
11. Releasing Violent Patients, Audio-Digest Psychiatry, Vol. 25, No. 7, 1996.
12. Trends in Malpractice, Audio-Digest Psychiatry, Vol. 25, No. 11, 1996.
13. Clinical Prediction of Violence, Specialized Training Services, 1996.
14. Malingering and Feigned Mental Illness. Audio-Digest Psychiatry, Vol. 26, No. 13 and 14, 1997.
15. Suicide Risk Assessment and Liability, Audio-Digest Psychiatry, Vol. 27, No. 3 and 4, 1998.
16. Duties to Third Parties, Audio-Digest Psychiatry, Vol. 27, No. 4, 1998.
17. Psychic Harm and Workers' Compensation, Audio-Digest Psychiatry, Vol. 27, No. 24, 1998.
18. Violence Risk Assessment, Audio-Digest Psychiatry, Vol. 28, No. 8,

18

1999.
19. Basic Law for Psychiatrists, Audio-Digest Psychiatry, Vol. 28, No. 18, 1999.
20. Insanity Defense, Audio-Digest Psychiatry, Vol. 28, No. 19, 1999.
21. Stalking, Audio-Digest Psychiatry, Vol. 29, No. 9, 2000.
22. Risk Assessment for Violence, Psychiatric Update, Vol. 22, No. 4, 2002.
23. Forensic Psychiatry Update, Audio-Digest Psychiatry, Vol. 32, No. 9, 2003.
24. Suicide Risk Assessment and Malpractice Avoidance, Audio-Digest Psychiatry, Vol. 34, No. 2, 2005.

Grants Received:

National Institute of Mental Health (1980-83)         $  129,600
    Fellowship in Forensic Psychiatry
Ohio Department of Mental Health (1979-2005)          $2,015,000
    Training in Forensic Psychiatry

Major International Presentations:

1. Some Psychodynamic Considerations in Rapists. Fifth World Congress on Sexology; Jerusalem, Israel, June, 1981.

2. Expert Witness Testimony. International Conference on Law, Psychiatry and Ethics; Haifa, Israel, February, 1983.

3. The Insanity Defense: An International Perspective. American Academy of Psychiatry and the Law; Nassau, Bahamas, Oct, 1984.

4. Necrophilia and Lust-Murder. Royal College of Psychiatry; London, England, October, 1986.

5. Military Medical Malpractice. Osan Air Force Base; Songtan City, Korea; November, 1987.

6. Malingering. International Perspectives on Crime, Justice and Public Order, St. Petersburg University, St. Petersburg, Russia, June, 1992.

7. Prediction of Violence. Israel Psychiatric Association, Jerusalem, Israel, July, 1992.

8. Malingered Mental Illness. Royal Australian and New Zealand College of Psychiatrists, Brisbane, Australia, December, 1993.

9. Violence Prediction. Regional Forensic Services, Auckland, New

19

Zealand, December, 1993.

10.  Child Murder by Parents.  <u>Society of South African Psychiatrists</u>, Capetown, South Africa, September, 1994.

11.  PTSD, Crime and Insanity.  <u>School of Medicine, Christchurch</u>, New Zealand, Feb, 1995.

12.  Psychic Harm.  <u>Royal Australian and New Zealand College of Psychiatrists</u>, Sidney, Australia, Feb, 1995.

13.  Decision Making about Malingering, <u>Dennenoord Hospital</u>, Zuidlaren, Holland, November, 1995.

14.  La Deteccion de la Simulacion de la Enfermedad Mental.  <u>Spanish Society of Legal Psychiatry</u>, Toledo, Spain, Oct, 1996.

15.  Psychiatrist as Expert Witness.  <u>Henri van der Hoeven Kliniek</u>, Utrect, Holland, 1998.

16.  Forensic Psychiatry Course.  <u>Asia-Pacific Congress of Medicine</u>, Singapore, May, 1999.

17.  Suicide Risk Assessment.  <u>Thailand Department of Mental Health</u>, Bangkok, Thailand, May, 1999.

18.  Malingering.  <u>Maudsley Institute of Psychiatry</u>, London, England, June, 2000.

19.  Violence Risk Assessment.  <u>Spanish Society of Legal Psychiatry</u>, Madrid, Spain, June, 2000.

20.  Risk Assessment for Violence.  <u>St. Vincent's Hospital</u>, Dublin, Ireland, September 2000.

21.  Curso Pos-Graduata em Psiquiatria Forense.  <u>Portugese Psychiatric Association</u>, Lisbon, Portugal, May, 2001.

22.  Forensic Psychiatry Course (Rettspsykiatri).  <u>Kompetansesenteret</u>, Bergen, Norway, August 2001.

23.  Malingering Detection.  <u>Hong Kong College of Psychiatrists</u>, Hong Kong, China, April 2002.

24.  Future Directions in Forensic Psychiatry.  <u>Royal Australian and New Zealand College of Psychiatry</u>, Brisbane, Australia, April, 2002.

25.  Legal Issues in Mental Health.  <u>Kompetansesenteret</u>, Bergen, Norway, August, 2002.

<u>Major American Presentations</u>:

1.  Child Murder by Parents.  <u>American Psychiatric Association</u>; Boston, Massachusetts, May, 1968.

20

2. Murder of the Newborn. <u>American Psychiatric Association</u>; Miami Beach, Florida, May, 1969.

3. Psychiatry and Criminal Law. <u>Ohio Common Pleas Judges Association</u>; Columbus, Ohio, 1976.

4. Physical Assault in a Psychiatric Hospital: Legal Implications. <u>Veterans Administration Workshop</u>; St. Louis, Missouri, 1978.

5. Civil Commitment of the Mentally Ill Criminal. <u>Ohio Judicial Conference</u>; Cleveland, Ohio, September, 1978.

6. The Political Offender: Forensic Psychiatric Considerations. <u>American Academy of Psychiatry and the Law</u>; Montreal, Quebec, October, 1978.

7. Psychological Profile of Hostage-Takers. <u>American Society of Criminology</u>; Dallas, Texas, November, 1978.

8. Legal Issues in the Management of the Violent Patient. <u>Ohio Department of Mental Health</u>; Columbus, Ohio, Sept, 1979.

9. Interview Techniques in Arson Cases. <u>Conference on Arson Investigation - Greater Cleveland Crime Prevention Committee</u>; Cleveland, Ohio, April, 1981.

10. Debate: The Insanity Defense Should Be Abolished. <u>Mt. Holyoke College Symposium</u>; S. Hadley, Massachusetts, January, 1982.

11. Filicide, Parricide, Insanity and Its Aftermath, <u>American Academy of Psychiatry and the Law</u>; New York, New York, October, 1982.

12. The Many Faces of Competence. <u>U.S. Army Forensic Psychiatry Conference</u>; Fort Gordon, Georgia, February, 1983.

13. Insanity in Family Murder. <u>American Academy of Psychiatry and Law, Midwest Chapter</u>; Chicago, Illinois, April, 1983.

14. Civil Issues and the Forensic Psychiatrist. <u>University of South Florida</u>, Tampa, Florida, March, 1984.

15. Psychic Injury: Psychic Harm. <u>American Academy of Psychiatry and the Law, Midwest Chapter</u>; Chicago, Illinois, March, 1984.

16. Psychiatric Malpractice. <u>Kentucky Psychiatric Association</u>; Lexington, Kentucky, April, 1984.

17. Victims of Violence. <u>University of Massachusetts Medical Center</u>; Worcester, Massachusetts, April, 1984.

18. Demon-possession, Self-Mutilation, and Insanity. <u>University of Cincinnati</u>; Cincinnati, Ohio, May, 1984.

19. Psychiatric View of Malpractice. <u>American Academy of Psychiatry and the Law, Midwest Chapter</u>; Detroit, Michigan,

21

September, 1984.

20. Treatment of the Rapist.  <u>Ohio Department of Health, Rape Prevention Conference</u>; Columbus, Ohio, September, 1984.

21. Post-Traumatic Stress Disorders In Murderers.  Harry, B. and Resnick, P.J.  <u>American Academy of Forensic Sciences</u>; Las Vegas, Nevada, February, 1985.

22. Police Interrogation of Mentally Ill Suspects.  <u>Trumbull County Law Enforcement Seminar</u>; Warren, Ohio, April, 1985.

23. Basics of Professional Liability.  <u>Wayne County Medical Society</u>; Detroit, Michigan, April, 1985.

24. Multiple Personality Disorders and the Legal System.  <u>American Psychiatric Association</u>; Dallas, Texas, May, 1985.

25. Factitious Disorders: The Medical-Legal Interface.  <u>American Psychiatric Association</u>; Dallas, Texas, May, 1985.

26. The Insanity Defense: A History of Revenge, Reform, and Rationalization.  <u>Ohio Association of Forensic Psychiatric Center Directors</u>; Columbus, Ohio, June, 1985.

27. Perceptions of Psychiatric Testimony:  A Historical Perspective on the Hysterical Invective.  <u>American Academy of Psychiatry and the Law</u>; Albuquerque, New Mexico, October, 1985.

28. Mutism, Malingering and Competence to Stand Trial.  Daniel, A. and Resnick, P. J.  <u>American Academy of Psychiatry and the Law</u>; Albuquerque, New Mexico, October, 1985.

29. Psychiatric Evaluation of Victims of Violence.  <u>American College of Legal Medicine</u>; Albuquerque, New Mexico, October, 1985.

30. The Dangerous Mentally Ill:  An International Perspective.  <u>American Academy of Psychiatry and the Law, Chesapeake Chapter</u>; Columbia, Maryland, October, 1985.

31. Principles of Psychiatric-Legal Report-Writing, <u>American Academy of Psychiatry and the Law</u>, Albuquerque, New Mexico, Oct 1985.

32. Assessment of Civil Competence.  <u>University of Nebraska</u>; Omaha, Nebraska, October, 1986.

33. Sanity in a Psychotic Revolutionary Extortionist Bomber.  <u>American Academy of Psychiatry and the Law</u>; Phila, PA, 1986.

34. Do Psychiatrists Excuse Sin in Sex Offenders: Historical Perspectives.  <u>John Hopkins University</u>; Baltimore, MD, 1987.

35. Post-Traumatic Stress Disorder, Crime and Insanity.  <u>Center for Stress Recovery</u>; Richfield, Ohio, April, 1987.

22

36. Paraphilias and the Insanity Defense. <u>American Academy of Psychiatry and the Law, Midwest Chapter</u>; Cincinnati, OH, 1987.

37. Trends in Psychiatric Malpractice:  A Tale of Sex and Violence. <u>Arizona Psychiatric Society</u>; Tucson, Arizona, April, 1987.

38. Post-partum Depression and Criminal Responsibility. <u>Pennsylvania State University</u>; University Park, PA, 1987.

39. Infanticide, The Law, and Postpartum Depression. <u>Ohio Department of Mental Health</u>; Independence, Ohio; October, 1987.

40. Necrophilia, Murder, and Insanity. <u>American Academy of Psychiatry and the Law</u>; Ottawa, Ontario, Canada; October 1987.

41. Forensic Aspects of Multiple Personality Disorder. <u>American Academy of Psychiatry and the Law</u>; Ottawa, Ontario; 1987.

42. "Compensation Neurosis," Conversion Disorder and Functional Overlay. <u>American Academy of Psychiatry and the Law</u>; Ottawa, Ontario, Canada; October, 1987.

43. The Right to Psychiatric Treatment. <u>Dammasch State Hospital</u>: Wilsonville, Oregon; March, 1988.

44. Victims, Violence, and Viciousness. <u>Ohio Association of Forensic Directors</u>; Columbus, Ohio; June, 1988.

45. Direct and Cross-examination of Mental Health Experts. <u>Ohio Prosecutors Association</u>; Cincinnati, Ohio; June, 1988.

46. Legal Regulation of Psychiatry. <u>Georgia Psychiatric Association</u>; Amelia Island, Florida; August, 1988.

47. Filicide, Decapitation and Insanity. <u>American Academy of Psychiatry and the Law</u>; San Francisco, California, Oct., 1988.

48. Psychic Damages in Victims of Violence. <u>American Academy of Psychiatry and the Law</u>; San Francisco, California, Oct, 1988.

49. Video Workshop on Cross-Examination, <u>Hastings College of Law</u>, University of California, San Francisco, California, Oct 1988

50. Ethical and Legal issues in Psychiatry. <u>St. Joseph Mental Health Center</u>; Tampa, Florida, March, 1989.

51. Writing Fog Free Forensic Reports. <u>Ohio Association of Forensic Center Directors</u>, Columbus, Ohio, June, 1989.

52. The Right to Refuse Treatment. <u>Ohio Psychiatric Association</u>, Columbus, Ohio, April, 1990.

53. Child-Stealing by Cesarean Section. <u>Ohio Association of Forensic Directors</u>, Columbus, Ohio, June, 1990.

23

54. Working with the Forensic Client in the Community. <u>National Case Management Conference</u>, Cincinnati, Ohio, September, 1990.

55. The Right to Suicide. <u>American Academy of Psychiatry and the Law, Midwest Chapter</u>, Chicago, Illinois, April, 1991.

56. Un-understandable Murder. <u>American Academy of Psychiatry and the Law</u>, Orlando, Florida, October, 1991.

57. Medical Malpractice. <u>Marshfield Clinic</u>, Marshfield, WI, 1992.

58. Juror Post-Traumatic Stress Disorder. <u>Cuyahoga County Common Pleas Judges</u>, Cleveland, Ohio, January, 1992.

59. Psychological Damages. <u>Cuyahoga County Bar Association</u>, Cleveland, Ohio, February, 1992.

60. Medication, Madness, and Murder. <u>American Academy of Psychiatry and the Law</u>, <u>Midwest Chapter</u>, Cleveland, Ohio, April 1992.

61. Jeffrey Dahmer: Sick or Sane. <u>American Academy of Psychiatry and the Law</u>, Boston, Massachusetts, October, 1992.

62. Proposed Standards for Assessment of Malingering in PTSD. <u>Georgetown University</u>, Washington, D.C., November 1992.

63. Prozac and Violence: A Biopsychosocial Legal Analysis. <u>Ohio Association of Forensic Centers</u>, Columbus, Ohio, June 1993.

64. Victim Response to Violence. <u>CME</u>, Montreal, Quebec, August 1993.

65. Post-concussion Syndrome, PTSD, and Malingering. <u>State Farm Insurance</u>, New Brunswick, New Jersey, January, 1994.

66. Legal Pitfalls in Treating Psychoses. <u>University of Wisconsin</u>, Madison, Wisconsin, March, 1994.

67. PTSD on Trial: Forensic Fraud or Equitable Examination. <u>Ohio Association of Forensic Centers</u>, Columbus, Ohio, June, 1994.

68. Predictions and Profiles in Workplace Violence. <u>American Society for Industrial Security</u>, Cleveland, Ohio, October, 1994

69. The Clinician's Duty to Warn. <u>U.S. Psychiatric Congress</u>, Washington, D.C., November, 1994.

70. Debate: The Homicide of an Abusive Partner is Justifiable as Self-Defense. <u>American Psychiatric Association</u>, Miami, Florida, May, 1995.

71. Competence to Stand Trial. <u>Ohio Dept. of Mental Health</u>, Columbus, Ohio, May, 1995.

72. Family Murder: Long Term Consequences. <u>Ohio Association of Forensic Centers</u>, Columbus, Ohio, June, 1995.

24

73. Forensic Fellowship Training Panel. <u>American Academy of Psychiatry and the Law</u>, Seattle, Washington, October, 1995.

74. Pitfalls of Deposition Testimony. <u>Michigan Psychiatric Society</u>, Detroit, Michigan, April, 1996.

75. Managed Care and Malpractice. <u>Georgia Psychiatric Association</u>, Amelia Island, Florida, August, 1996.

76. Mental Illness and the Intentional Act Defense. <u>National Society of Professional Insurance Investigators</u>, Columbus, Ohio, Nov, 1996.

77. How to Develop a Forensic Practice. <u>U.S. Psychiatric Congress</u>, San Diego, CA, May, 1997.

78. Culpable Mental States. <u>American Psychiatric Association</u>, San Diego, CA, May, 1997.

79. Legal Issues in Treating Violent Patients. <u>American Psychiatric Association</u>, San Diego, CA, May, 1997.

80. Releasing Patients After a Violent Act. <u>Ohio Department of Mental Health</u>, Toledo, Ohio, August, 1997.

81. The Insanity Trial of John du Pont. <u>American Academy of Psychiatry and the Law</u>, Denver, Colorado, Oct, 1997.

82. Competence and Undue Influence. <u>Lake County Bar Association</u>, Painesville, Ohio, Nov, 1997.

83. Can We Predict Workplace Violence? <u>U.S. Psychiatric Congress</u>, Orlando, Florida, Nov, 1997.

84. Clinical Aspects of Violence. <u>American Psychiatric Association</u>. Toronto, Ontario, June 1998.

85. Filicide and Neonaticide. <u>Ohio Department of Mental Health</u>, Cuyahoga Falls, Ohio, Aug, 1998.

86. The Unabomber: Madman or Misanthrope? <u>American Academy of Psychiatry and the Law</u>, New Orleans, Louisianna, Oct, 1998.

87. Insanity and Satanism. <u>American Academy of Psychiatry and the Law</u>, New Orleans, LA, Oct, 1998.

88. Delusions and Violence. <u>Institute on Psychiatric Services</u>, Los Angeles, California, Oct, 1998.

89. Forensic Psychiatry Course. <u>University of Texas</u>, Houston, Texas, March, 1999.

90. Insanity and Baby Stealing. <u>American Academy of Psychiatry and the Law, Midwest Chapter</u>, Chicago, Illinois, April, 1999.

25

91.  Stalking:  Risk Assessment Issues.  U.S. Psychiatric Congress, Atlanta, Georgia, Nov, 1999.

92.  Psychic Harm and Workers Compensation.  Richard Young Hospital, Omaha, Nebraska, Dec, 1999.

93.  Civil Commitment.  Judicial Commitment Symposium, Charlotte, North Carolina, February, 2000.

94.  Lessons from Forensic Psychiatry.  Quebec Psychiatric Association, Quebec City, Quebec, May, 2000.

95.  Bipolar Disorder and Violence.  Institute for Medical Studies, Houston, Texas, May, 2000.

96.  Suicide and Violence.  CME, Key West, Florida, March, 2001.

97.  Personal Insights into Crimes of Infamy.  American Psychiatric Association, New Orleans, LA, May, 2001.

98.  Malingered Torture-induced PTSD.  Federal Immigration Judges Annual Meeting, New York, NY, June, 2001.

99.  Workplace Violence Risk Assessment.  Harvard Medical School CME. Boston, Mass, November, 2001.

100.  Psychiatric Aspects of Sexual Crimes.  Youngstown State University, Youngstown, Ohio, June, 2002.

101.  Dealing with the Difficult Defendant and Mental Health Issues, Ohio Judicial College, Toledo, Ohio, July, 2002.

102.  Suicide Risk Assessment and Malpractice Avoidance.  CME, Maui, Hawaii, Sept 2002.

103.  Child-Murder by Parents and Insanity.  Amer Acad of Psych and Law, Newport Beach, CA, Oct 2002.

104.  Andrea Yates Trial: Implications for Psychiatry.  University of Texas, Houston, TX, Dec, 2002.

105.  Law and Justice in Infanticide Cases.  American Judicature Society, Santa Fe, NM, Feb, 2003.

106.  Risk Assessment for Suicide and Violence.  Arkansas State Hospital, Little Rock, AR, July, 2003.

107.  Psychological Issues in Workers' Compensation.  Cuyahoga Bar Association, Cleveland, OH, Dec, 2003.

108.  Vincent Gigante: Was He Faking Insanity?  American Academy of Psychiatry and the Law, San Antonio, TX, Oct, 2003.

109.  Mentoring in Forensic Psychiatry.  American Academy of Psychiatry and Law, San Antonio, TX, Oct, 2003.

26

110. Deceit and Coercion in the Quest for Truth. <u>American Academy of Psychiatry and Law</u>, San Antonio, TX, Oct 2003.

111. Risk Assessment for Physical and Sexual Violence. <u>New York Office of Mental Health</u>, Albany, NY, April, 2004.

112. Pitfalls in Forensic Practice. <u>American Academy of Psychiatry & Law</u>, Scottsdale, AZ, Oct 2004.

113. Psychological Autopsy: Accident or Suicide. <u>American Academy of Psychiatry and Law</u>, Scottsdale, AZ, October, 2004.

114. Mental Health Issues in Court. <u>Ohio Judicial College</u>, Cleveland, OH, March, 2005.

115. The Expert Witness in Psychiatric Malpractice. <u>American Academy of Psychiatry and the Law</u>, Montreal, Quebec, October 2005.

Revised in November 2005