# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. <u>06-0018 (RBW)</u> |
| v. : | |
| LARRY M. BRUNI, : | |
| Defendant. : | |

## ORDER

Upon consideration of Defendant Bruni's Motion for Continuance of Sentencing;

It is this _____ day of August, 2006,

**ORDERED** that the Motion be and hereby is granted; and

**FURTHER ORDERED** that the sentencing be continued to ____ day of _____, 2006; and

_____
JUDGE, Reggie B. Walton