**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Criminal No.: 06-0018 (RBW)** |
| **LARRY M. BRUNI,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | |

**GOVERNMENT'S POSITION ON DEFENDANT'S**
**MOTION TO CONTINUE SENTENCING DATE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, does not oppose the defendant's motion to continue the sentencing date for an additional 60 days, provided that the defense agrees to send a copy of his expert's report to the government at least seven days before the scheduled sentencing date. The defense attorney does not object and has stated that he will provide the government with the expert report no later than seven days before the sentencing date.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By:    _____
VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar # 411980
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732