UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : Criminal No. 06-0018 (RBW)
:
v. :
:
LARRY M. BRUNI, :
      Defendant. :

FILED
SEP 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of Defendant Bruni's Motion for Continuance of Sentencing;

It is this ___4th___ day of August, 2006,

**ORDERED** that the Motion be and hereby is granted; and

**FURTHER ORDERED** that the sentencing be continued to ___8th___ day of November, 2006; ~~and~~ at 1:30 pm.

JUDGE, Reggie B. Walton

TCO 356329408v5 8/24/2006