UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. <u>06-0018 (RBW)</u> |
| : | |
| v. : | |
| : | |
| LARRY M. BRUNI, : | |
|       Defendant. : | |

**MOTION FOR CONTINUANCE OF SENTENCING DATE AND FOR AUTHORIZATION TO OBTAIN SERVICES AND TO PAY FOR EXPENSES RELATED TO SERVICES**

Now comes Defendant, Larry M. Bruni, by the undersigned counsel, and respectfully requests this Court to continue the sentencing to February 9, 2007 (90 days), and to authorize counsel to obtain expert services and to pay for expenses related to these services, pursuant to Title 18 United States Code, Section 3006A(e).

1.    Sentencing in the above captioned matter is scheduled for November 8, 2006.

2.    Sentencing has been continued on 3 prior occasions.

3.    Defendant, in his Memorandum In Aid of Sentencing, and, through counsel, during allocution at the sentencing hearing, has requested the Court consider a downward departure for "Diminished Capacity" under United States v. Booker, 543 U.S. 220 (2005), Title

1

18 United States Code, Section 3553(a)(2004), and the United States Sentencing Commission Guidelines Manual, Section 5K2.13.

4. The Motion For Continuance filed on August 24, 2006, detailed the steps which were necessary to evaluate Defendant's mental state during the relevant period, some three years ago.

5. Counsel and Dr. Resnick cannot complete the steps necessary for Dr. Resnick's evaluation and report in order to provide a copy of the report to the Government, Probation Office and the Court under the current sentencing date of November 8, 2006.

6. Defendant is financially unable to pay for the services of necessary experts and related expenses due to the unusual character of the services to be performed: conducting a psychiatric evaluation and writing a report of the evaluation of Defendant's mental state during a period of time which began approximately 5 years ago and ended approximately 3 years ago.

7. Accordingly, pursuant to 18 U. S. C. §3006A(e) counsel, on behalf of Defendant, requests the authorization of the Court to obtain and to be compensated for expert services and related expenses, and based upon the unusual character of the services and the Ex Parte Application of Defendant submitted to the Court,

approve and certify payments for services and related expenses in excess of limits set in 18 U. S. C. §3006A(e)(3).

**8.** The government takes no position on whether the Defendant qualifies for funds pursuant to the Criminal Justice Act. The government does not oppose this continuance (on the condition set forth in the next sentence), but will oppose any further motions to continue. The government does not oppose this motion to continue, on the condition that the defense provides a copy of the defense expert's report to the government seven days before the sentencing date in this case.

**WHEREFORE,** for the reasons set forth above, and in Defendant's Ex Parte Application, Defendant requests that this Motion be granted.

          Respectfully Submitted,

          s/Michael L. Fayad
          Michael L. Fayad
          District of Columbia Bar No. 91694
          Greenberg Traurig, LLP
          800 Connecticut Ave., N.W., Suite 500
          Washington, DC  20006
          Telephone No.:  703.749.1300