**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **Criminal No. <u>06-0018 (RBW)</u>** |
| : | |
| v. : | |
| : | |
| **LARRY M. BRUNI,** : | |
| **Defendant.** : | |

**ORDER**

Upon consideration of Defendant Bruni's Motion for Continuance of Sentencing;

It is this _____ day of November, 2006,

**ORDERED** that the requested continuance be and hereby is granted; and it is

**FURTHER ORDERED** that the sentencing be continued to the 9th day of February, 2007; and it is

**FURTHER ORDERED** that a copy of the Defendant's expert report be provided to the government seven days before the sentencing date in this case.

_____
JUDGE, Reggie B. Walton
