UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|   |   |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No.: 06-0018 (RBW) |
| Larry M. Bruni, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Currently before the Court is the defendant's Motion for Continuance of Sentencing Date and for Authorization to Obtain Services and to Pay for Expenses Related to Services filed on November 3, 2006. Upon consideration of the defendant's motion, it is hereby this 6th day of November, 2006,

**ORDERED** that the defendant's request to continue the sentencing hearing is hereby **GRANTED**. However, the Court will absolutely not grant any further motions to continue the defendant's sentencing. It is further,

**ORDERED** that the sentencing hearing shall be continued to 8th day of February @ 9:00am 2007. It is further,

**ORDERED** that the defendant shall file with the Court evidentiary support, including but not limited to, an affidavit setting forth his financial resources and obligations. It is further,

**ORDERED** that a copy of the defendant's expert report shall be provided to the government seven days before the sentencing date in this matter.

**SO ORDERED.**

_/s/ Reggie B. Walton_
REGGIE B. WALTON
United States District Judge