UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. <u>06-0018 (RBW)</u> |
| | : | |
| v. | : | |
| | : | |
| LARRY M. BRUNI, | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF SENTENCING**

Now comes Defendant, Larry M. Bruni, by the undersigned counsel, and respectfully requests that this Court continue the sentencing hearing in the above captioned matter from February 8, 2007, to May 3, 2007.

1. Sentencing has been continued on 4 prior occasions.

2. Defendant and counsel, in full respect and recognition of the Court's Order of November 7, 2006, which stated that no further continuances would be granted, have made every possible effort to comply. In spite of these best-efforts, Defendant's Ex Parte Application pursuant to Title 18 United States Code, Section 3006A is pending, awaiting supplemental information, and unusual and unexpected events have occurred, both of which leave no choice but to make this request.

3. On or about January 18, 2007, Defendant was committed to the Albany Medical Center for treatment and was not released until on or

about January 24, 2007. Additional and specific information regarding this incident will be provided, as soon as it can be obtained from the treating health care providers and the hospital, in connection with Defendant's Supplemental Ex Parte Application pursuant to Title 18 United States Code, Section 3006A.

4. Defendant, in his Memorandum In Aid of Sentencing, and, through counsel, during allocution at the sentencing hearing, has requested the Court consider a downward departure for "Diminished Capacity" pursuant to Title 18 United States Code, Section 3553(a)(2004), United States v. Booker, 543 U.S. 220 (2005), and the United States Sentencing Commission Guidelines Manual, Section 5K2.13.

5. Defendant has been financially unable to pay any of counsel's fees and expenses for a significant amount of time, and is financially unable to pay for the services of experts and related expenses which are necessary for counsel to effectively represent Defendant at sentencing.

6. Additional time is needed to obtain and evaluate medical records related to Defendant's recent hospital commitment, and to present sufficient information to the Court in support of the Ex Parte Application pursuant to Title 18 United States Code, Section 3006A. In the Ex Parte Application, counsel does not request approval for payment of prior and

future legal fees, counsel requests approval for the services of experts in order to effectively represent Defendant at sentencing.

7. The Government opposes this Motion.

**WHEREFORE,** with full respect for the Court's Order of November 7, 2006, for the reasons and under the circumstances as set forth above and in Defendant's Ex Parte Application and Supplemental Application, Defendant requests that this Motion be granted.

                Respectfully Submitted,

                s/Michael L. Fayad
                Michael L. Fayad
                District of Columbia Bar No. 91694 Greenberg Traurig, LLP
                800 Connecticut Ave., N.W., Suite 500
                Washington, DC  20006
                Telephone No.:  703.749.1300

3