UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. **06-0018 (RBW)** |
| : | |
| v. : | |
| : | |
| LARRY M. BRUNI, : | |
| Defendant. : | |

# ORDER

Currently before the Court is the defendant's Motion for Continuance of Sentencing Date and Ex Parte Authorization to Obtain Services and to Pay for Expenses Related to Services filed on November 3, 2006. Upon consideration of the defendant's motion, it is hereby this ____ day of February, 2007,

**ORDERED** that the defendant's request to continue the sentencing hearing is hereby **GRANTED**. However, in the absence of unanticipated extenuating circumstances, the Court will absolutely not grant any further motions to continue the defendant's sentencing. It is further,

**ORDERED** that the sentencing hearing shall be continued to the ____ day of _____, 2007. It is further,

1

**ORDERED** that the defendant shall file with the Court supplemental evidentiary support, including but not limited to, an affidavit setting forth his financial resources and obligations.  It is further,

**ORDERED** that a copy of the Defendant's expert report be provided to the government seven days before the sentencing date in this matter.

_____
REGGIE B. WALTON
United States District Judge