UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Criminal No.: 06-0018 (RBW)** |
| **LARRY M. BRUNI,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO CONTINUE FOR THE FIFTH TIME**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, opposes the defendant's fifth motion to continue. The government submits the following:

1. The defendant pleaded guilty on March 6, 2006; the Court scheduled the sentencing hearing for May 26, 2006.

2. On May 22, 2006, the defense moved to continue the sentencing for the first time; the Court granted the motion and scheduled the sentencing hearing for July 7, 2006.

3. On July 7, 2006, at the sentencing hearing, the defense moved for a second continuance in order to obtain the services of an expert on the issue of the defendant's state of mind at the time of the offense. The Court granted the motion and scheduled the sentencing hearing for two months hence, that is September 7, 2006.

4. On August 24, 2006, the defense moved to continue the sentencing for the third time. The defense counsel reported that he retained a forensic psychiatrist and asked for additional time, until November 2006. The Court granted the motion and scheduled the sentencing hearing for November 8, 2006.

5. On November 3, 2006, the defense moved to continue the sentencing for the fourth time. The defense counsel reported that the expert could not complete the report as the defendant was not able to pay. The defense requested funds to pay these expenses. The Court granted the motion allowing the defense three additional months but warning that, "the Court will absolutely not grant any further motions to continue the defendant's sentencing." Court's Order, dated November 7, 2006.

6. Notwithstanding the Court's order plainly stating that no further motions to continue would be granted, the defense now moves to continue for the fifth time. In support of this newest motion, the defense again states that additional time is needed to obtain and evaluate medical records. The proffered explanation for the failure of the defense to prepare for sentencing seems to be that the defendant was hospitalized from January 18, 2007 to January 24, 2007 (a period of 7 days). Yet the defense has had from July 7, 2006 until today, the date of his motion, to prepare the financial affidavit for his *ex parte* submission and to obtain and evaluate medical records. The defense offers no explanation for his failure to comply with Court's orders, other than to state that for a period of 7 days (out of the 213 days from July 7, 2006 until today) the defendant was not available. The defense offers no excuse for its failure to be productive on the other 206 days the Court granted to it to prepare for sentencing.

Therefore, the government opposes the defendant's motion to continue for the fifth time.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia


By: _____
VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar # 411980
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2007, a copy of the foregoing memorandum was served via ECF on counsel for the defendant, Michael L. Fayad, Esq., Greenberg Traurig, 800 Connecticut Avenue, N.W., Suite 500, Washington, D.C. 20006.

_____
VIRGINIA CHEATHAM
Assistant United States Attorney