**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

FEB 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No.: 06-0018 (RBW) |
| Larry M. Bruni, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

The parties appeared before the Court on February 21, 2007, for a status hearing. Based upon the discussions at this hearing, it is on this 21st day of February, 2007, hereby

**ORDERED** that the department of probations shall conduct a drug test on the defendant and provide the results to the Court. It is further

**ORDERED** that if the defendant tests positive for drugs, the department of probations shall conduct weekly drug tests on the defendant.

**SO ORDERED.**

/s/ _[signature]_
REGGIE B. WALTON
United States District Judge