UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No.: 06-0018 (RBW) |
| LARRY M. BRUNI, : | |
| : | |
| Defendant. : | |
| : | |

GOVERNMENT'S NOTICE OF FILING

The government requests that the attached letter be made part of the record in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
VIRGINIA CHEATHAM
Assistant U.S. Attorney
Bar No. 411980
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2007, that a copy of the foregoing Notice was served via ECF to:

Michael L. Fayad, Esq.
Greenberg Traurig
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006

_____
Virginia Cheatham
Assistant U.S. Attorney