

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 13, 2007

VIA FACSIMILE and ELECTRONIC MAIL

Michael L. Fayad, Esq.
Greenberg Traurig
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006

                Re:    United States v. Larry M. Bruni

Dear Mr. Fayad:

      By Court order, you were to provide me with a copy of your expert's report seven days prior to the sentencing hearing in the case of United States v. Larry M. Bruni. The sentencing hearing is scheduled for Wednesday, April 18, 2007. Your report was due to me on Wednesday, April 11, 2007. I did not receive it.

      On Thursday, April 12, 2007, I called your office; although you were in the office, you were busy, according to your secretary, and could not take my call. I confirmed with your secretary that you had not sent the expert's report to me. I asked her to send me the report via facsimile and over-night delivery. Although I asked for a return call, to date, you have not called me back. Likewise, to date, I have not received a copy of the expert's report.

      At this point, I will presume that there will be no expert report and no expert testimony at the sentencing hearing next Wednesday.

Feel free to call if you have any other matters to discuss. My direct dial is (202) 514-9732.

Sincerely yours,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

BY: _____
VIRGINIA CHEATHAM
Assistant United States Attorney