UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. <u>06-0018 (RBW)</u> |
| v. : | |
| LARRY M. BRUNI, : | |
| Defendant. : | |

**DEFENDANT'S NOTICE OF FILING**

    The defendant requests that the attached letter be made part of the record in this case.

                                      Respectfully submitted,

                                      s/Michael L. Fayad
                                      Michael L. Fayad
                                      District of Columbia Bar No. 91694 Greenberg Traurig, LLP
                                      800 Connecticut Ave., N.W., Suite 500
                                      Washington, DC 20006
                                      Telephone No.: 703.749.1300

CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of April, 2007, that a copy of the foregoing Notice was served via ECF to:

Virginia Cheatham
Assistant United States Attorney
U.S. Department of Justice
555 4th Street, N.W.
Washington, DC 20530

                                      s/Michael L. Fayad
                                      Michael L. Fayad