# Greenberg Traurig

Michael L. Fayad
Tel. 202.533.2327
Fax 202.331.3101
fayadm@gtlaw.com

April 13, 2007

**VIA FACSIMILE and ELECTRONIC MAIL**

Virginia Cheatham
Assistant United States Attorney
U.S. Department of Justice
555 4th Street, N.W.
Washington, DC 20530

Re:   United States v. Larry M. Bruni

Dear Ms. Cheatham:

This letter confirms my message to you of today. We do not intend to file an expert's report to support our argument for a downward departure under the U. S. Sentencing Guidelines.

We may call an expert and call 2 or 3 of Dr. Bruni's current health-care providers to address the question of an appropriate sentence in light of the Defendant's physical and emotional disorders. At this time we do not have any medical reports other than those submitted to the Court and to you. I expect additional reports and will send them to you by email as soon as I get them.

Sincerely,

Michael L. Fayad

MLF:eam

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH

TCO 356660381v1 4/13/2007

Greenberg Traurig, LLP | Attorneys at Law | 800 Connecticut Avenue, NW | Suite 500 | Washington, D.C. 20006
Tel 202.331.3100 | Fax 202.331.3101

www.gtlaw.com