HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-06-00018 |
| vs. | : | SSN: |
| Bruni, Larry M. | : | Disclosure Date: **April 20, 2006** |

**FILED**
APR 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.

(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Virginia Cheatham_ _____     _5-3-06_____
**Prosecuting Attorney**                                                            **Date**

**For the Defendant**
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____     _____  _____
**Defendant**            **Date**           **Defense Counsel**        **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **May 4, 2006**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**   Richard A. Houck, Jr., Chief
          United States Probation Officer

**Receipt and Acknowledgment**                                               Page 2

_See attached._

Signed by: _Virginia Cheatham_
(Defendant/Defense Attorney/AUSA)

Date: _5-8-06_

United States v. Larry M. Bruni
Objections to the Presentence Investigative Report

Paragraph 26:  Ordinarily, the government would agree that intended loss is the correct method of calculating loss. However, in this case the government's proof of the defendant's knowledge of the fraud is based on checks received by the defendant rather than bills submitted by the defendant; therefore, the government contends that the loss should be measured by actual loss, that is, $154,832.

Paragraph 33:  Based on the amount of loss, the government calculates the offense level at 12, rather than 15.