**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

MAY 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )     Criminal Case No.: 06-0018 (RBW) |
| LARRY M. BRUNI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

The defendant is appealing this Court's final judgment to the United States Court of

Appeals for the District of Columbia Circuit.   Currently before this Court is the defendant's

motion for leave to proceed on appeal in forma pauperis and request for an extension of time of

thirty days to file Notice of Appeal in order to provide reasonable time for new representation to

review case and sentence and prepare the Notice of Appeal.  Upon consideration of this motion,   —

it is hereby this 8th day of May, 2007

     **ORDERED** that the defendant's motion is **GRANTED**.

     **ORDERED** that the defendant shall file his Notice of Appeal by June 9, 2007.[1]

     **SO ORDERED.**

                                      REGGIE B. WALTON
                                      United States District Judge

---

[1] The Clerk is directed to transmit a copy of this order to the District of Columbia Circuit.