UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 11 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No.: 06-0018 (RBW) |
| LARRY M. BRUNI, ) | |
| ) | |
| Defendant. ) | |

## AMENDED ORDER

The defendant is appealing this Court's final judgment to the United States Court of Appeals for the District of Columbia Circuit. Currently before this Court is the defendant's <u>pro se</u> motion for leave to proceed on appeal <u>in forma pauperis</u> and his request for a thirty day extension to file a Notice of Appeal in order to provide reasonable time for a new attorney to review his case and sentence before the Notice of Appeal is filed. In addition, the defendant requests that the Court stay the execution of his sentence for thirty days to allow him time to consult with an attorney. Upon consideration of this motion, it is hereby this 11th day of May, 2007

ORDERED that the defendant's motion is **GRANTED** in part and **DENIED** in part. It is therefore further

ORDERED that the defendant shall file his Notice of Appeal by June 11, 2007.[1] It is further

ORDERED that the defendant's request to stay the execution of his sentence is **DENIED.**

---

[1] The Clerk is directed to transmit a copy of this order to the District of Columbia Circuit.

**SO ORDERED.**

_____
REGGIE B. WALTON
United States District Judge