CO-290
Rev. 3/88

Notice of Appeal Criminal

## United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
    vs. ) Criminal No. 06-18-RBW
LARRY BRUNI )

FILED
MAY 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTICE OF APPEAL

Name and address of appellant: LARRY M BRUNI, MD
370 PARTRIDGE ST
ALBANY NY 12208

Name and address of appellant's attorney: I HAVE NO ATTORNEY, SINCE I HAVE PREVIOUSLY DEMONSTRATED TO THE LOWER COURT THAT I HAVE NO FINANCIAL RESOURCES, I PETITIONED JUDGE WALTON TO APPOINT A FEDERAL PUBLIC DEFENDER. HE DECLINED TO DO SO. HIS OFFICE INFORMS ME I MUST SUBMIT THIS NOTICE OF APPEAL ON MY OWN.

Offense: WILLFUL IGNORANCE (1 count IN A SETTING OF MEDICARE FRAUD PERPETRATED BY OTHERS)

Concise statement of judgment or order, giving date, and any sentence:
5 MONTHS IMPRISONMENT AT FEDERAL MEDICAL CENTER
5 MONTHS HOME ARREST
3 YRS SUPERVISED RELEASE

Name and institution where now confined, if not on bail: AS OF 1ST JUNE I WILL BE IMPRISONED AT FEDERAL MEDICAL CENTER (ROCHESTER, MINNESOTA)

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

22 MAY 2007
DATE

/s/ Bruni
APPELLANT

n/a
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE
CJA, NO FEE [X]
PAID USDC FEE
PAID USCA FEE

Does counsel wish to appear on appeal? n/a   YES ☐  NO ☐
Has counsel ordered transcripts? n/a   YES ☐  NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☒  NO ☐