# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-3063**                                        **September Term, 2007**

06cr00018-01

**Filed On:**

United States of America,
    Appellee

    v.

Larry M. Bruni,
    Appellant



### O R D E R

Upon consideration of appellant's motion for voluntary dismissal of appeal, and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                                     **FOR THE COURT:**
                                                     Mark J. Langer, Clerk

                                        BY:

                                                     Mark Butler
                                                     Deputy Clerk

                                        A True Copy:

                                        United States Court of Appeals
                                         for the District of Columbia Circuit
                                         By:                          Deputy Clerk