IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **Plaintiff,** | : |
| v. | : CR. NO. 06-018 (RBW) |
| | : |
| **LARRY M. BRUNI,** | : |
| | : |
| **Defendant.** | : |

## UNOPPOSED MOTION TO EXONERATE BAIL

The defendant, Larry M. Bruni, through undersigned counsel, respectfully requests that his bail in the above case be exonerated so that his passport may be returned. Undersigned counsel has spoken to counsel for the government, Assistant United States Attorney Virginia Cheatham, who stated that she does not oppose this motion.

Dr. Bruni appeared before the court on March 6, 2006, and entered a plea of guilty to a one-count information, charging a violation of 18 U.S.C. § 1347, health care fraud. The court released him on his own personal recognizance, and ordered that he surrender any passport to the Pretrial Services office. On April 18, 2007, the court sentenced Dr. Bruni to five months in prison, to be followed by three years of supervised release, including five months of home detention. The court allowed him to self-surrender to serve the incarceration portion of his sentence.

Dr.Bruni did self-surrender and served the incarceration portion of his sentence at the Federal Medical Center in Rochester, Minnesota. He is currently serving the

home detention portion of his sentence.

Dr. Bruni was represented by retained counsel in the district court. He filed a notice of appeal, and undersigned counsel was appointed to represent him by the court of appeals. Subsequently, Dr. Bruni filed a motion to dismiss his appeal, which the court of appeals granted on December 11, 2007.

Unfortunately, Dr. Bruni's original counsel did not file a motion to exonerate the bail, which is the reason for this motion, which, as discussed above, is unopposed by the government. Because Dr. Bruni is serving his term of home detention in Albany, New York, undersigned counsel is willing to arrange to get the passport to him.

For all the above reasons, defendant respectfully requests that the court exonerate his bail and order his passport returned.

                                Respectfully submitted,

                                "/s/"
                                A.J. KRAMER
                                FEDERAL PUBLIC DEFENDER
                                625 Indiana Avenue, NW
                                Suite 550
                                Washington, DC   200004
                                (202) 208-7500