**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **Plaintiff,** | : |
| v. | : CR. NO. 06-018 (RBW) |
| | : |
| **LARRY M. BRUNI,** | : |
| | : |
| **Defendant.** | : |

## ORDER EXONERATING BAIL

It is hereby ordered that defendant's bail is exonerated, and that his passport, which was surrendered to Pretrial Services, be returned. The passport may be given to defendant's appellate counsel, Federal Public Defender A.J. Kramer.

IT IS SO ORDERED.

DATED:

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE