IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,      :
                               :
           Plaintiff,          :
      v.                       : CR. NO. 06-018 (RBW)
                               :
LARRY M. BRUNI,                :
                               :
           Defendant.          :
_____

## ORDER EXONERATING BAIL

It is hereby ordered that defendant's bail is exonerated, and that his passport, which was surrendered to Pretrial Services, be returned. The passport may be given to defendant's appellate counsel, Federal Public Defender A.J. Kramer.

IT IS SO ORDERED.

DATED: December 19, 2007

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE